AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| TRACEY K. TURKOLY | ) |
| _Plaintiff_ | ) |
| v. | )    Case No. 3:21-cv-01019-SI |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lincoln National Life Insurance Company                                    .

Date:  August 4, 2021

/s/ Russell S. Buhite
_Attorney's signature_

Russell S. Buhite, OSB #142529
_Printed name and bar number_

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101

_Address_

russell.buhite@ogletree.com
_E-mail address_

(206) 693-7052
_Telephone number_

(206) 693-7058
_FAX number_