Russell S. Buhite, OSB #142529
Russell.Buhite@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:     (206) 693-7052
Fax:               (206) 693-7058

*Attorneys for Defendant Lincoln National Life Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>                  Plaintiff,<br><br>        v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                  Defendant. | Case No.: 3:21-cv-01019-SI<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## CERTIFICATION PER LOCAL RULE 7.1

The undersigned counsel has conferred with Plaintiff's counsel, Scott A. Sell, who has advised that Plaintiff does not oppose this motion.

## MOTION

Lincoln National Life Insurance Company ("Lincoln"), through counsel and pursuant to Fed. R. Civ. P. 6(b), hereby moves for an extension of time to respond to the Complaint filed by Plaintiff, Tracey K. Turkoly ("Plaintiff").  In support of this Motion, Lincoln states as follows:

UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

1.      Plaintiff filed her original Complaint ("Complaint") on or about July 9, 2021, in the United States District Court, District of Oregon.

2.      On or about July 22, 2021, Defendant Lincoln was served through CSC with Plaintiff's Summons and Complaint.

3.      Defendant is still gathering facts and information about this claim and requires a brief extension of time, up to and including September 10, 2021, to fully investigate and respond to the allegations in Plaintiff's Complaint.

4.      This Motion is being made in good faith and for no improper purpose.  Further, the requested enlargement of time will not prejudice any of the parties or unduly delay the proceedings.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure, 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend that time."  The reason for the motion, as stated above, sets forth good cause for the enlargement of time requested.  The parties have conferred and Plaintiff's counsel has agreed to this brief extension.

Therefore, Lincoln respectfully suggests that good cause has been shown for an enlargement of time – through September 10, 2021 – to respond to Plaintiff's Complaint.  As Plaintiff's counsel does not oppose the requested enlargement, there will be no undue delay or prejudice suffered by granting the relief requested herein.

WHEREFORE, Defendant Lincoln National Life Insurance Company respectfully requests that the Court grant this Motion and extend the deadline to answer or otherwise plead to Plaintiff's Complaint until September 10, 2021.

UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

Respectfully submitted this 6th day of August, 2021.

| | |
|---|---|
| This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 329 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: */s/ Russell S. Buhite*<br>Russell S. Buhite, OSB #142529<br>1201 Third Avenue, Suite 5150<br>Seattle, WA 98101<br>Telephone: (206) 693-7052<br>Facsimile: (206) 693-7058<br>Email: russell.buhite@ogletree.com<br><br>Attorneys for Defendant Lincoln National Life Insurance Company |

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2021, I filed the foregoing UNOPPOSED

MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S

COMPLAINT with the Clerk of the Court via CM/ECF, who sent notification to the following:

Scott A. Sell, OSB #144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:    ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 6th day of August, 2021 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
   Cheryl L. Kelley, Practice Assistant
   cheryl.kelley@ogletree.com

48061175.2

UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S COMPLAINT - 4
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058