Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:   (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>      Plaintiff,<br><br>   v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:21-cv-01019-SI<br><br>**JOINT RULE 26 REPORT AND<br>PROPOSED SCHEDULE** |

     Counsel for Plaintiff Tracey K. Turkoly ("Plaintiff") and Defendant The Lincoln National

Life Insurance Company ("Lincoln") have conferred pursuant to Rule 26(f), and jointly propose

the following schedule for this case:

JOINT PROPOSED SCHEDULE - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

1.      **Nature and Complexity of Case:**  This case involves a claim for allegedly-due disability benefits governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B).  The case is not complex.

2.      **Discovery Plan:**

A.      **Initial Disclosures:**  The Rule 26(f) conference took place on **October 27, 2021.**  The parties have agreed to waive Rule 26(a)(1) initial disclosures.  In lieu of an initial disclosure, Lincoln will produce the Administrative Record in this case on or before **November 12, 2021.**

B.      **Subjects and Timing of Discovery:**  The parties agree that the standard of review is *de novo*.  Under a *de novo* standard of review, neither Plaintiff nor Defendant will seek discovery outside of the administrative record.

3.      **Proposed Case Schedule and Deadlines:**  The parties propose the following case schedule and deadlines:

- Lincoln's production of the Administrative Record by **November 12, 2021.**

- Deadline to amend pleadings; join parties, claims, or remedies; and for the parties to confer as to ADR by **November 19, 2021.**

- Completion of ADR by **April 15, 2022.**

- Parties to file a joint ADR report (within 14 days of the close of discovery) on **April 29, 2022.**

- Dispositive briefing as follows:

  - Plaintiff's dispositive motion due by **May 20, 2022.**

  - Defendant's response and cross-motion due by **June 17, 2022.**

  - Plaintiff's response due by **July 1, 2022.**

JOINT PROPOSED SCHEDULE - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

▪ Defendant's optional reply due by **July 15, 2022.**

The parties request oral argument to be scheduled at the Court's discretion upon completion of the briefing.

Respectfully submitted this 28th day of October, 2021.

THOMAS, COON, NEWTON & FROST

By: */s/ Scott A. Sell*
    Scott A. Sell, OSB #144297
    The Thomas Mann Building
    820 SW 2nd Avenue, Suite 200
    Portland, OR  97204
    Telephone:  (503) 228-5222
    Facsimile:  (503) 273-9175
    Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, OSB #142529
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

By: */s/ Scott K. Pomeroy*
    Scott K. Pomeroy, MA Bar #665110
    (admitted *pro hac vice*)
    One Boston Place, Suite 3500
    Boston, MA 02108
    Telephone:  (207) 387-2961
    Facsimile:  (207) 387-2986
    Email:  scott.pomeroy@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

JOINT PROPOSED SCHEDULE - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of October, 2021, I filed the foregoing JOINT RULE

26 REPORT AND PROPOSED SCHEDULE with the Clerk of the Court via CM/ECF, who sent

notification to the following:

> Scott A. Sell, OSB #144297
> THOMAS, COON, NEWTON & FROST
> The Thomas Mann Building
> 820 SW 2nd Avenue, Suite 200
> Portland, OR  97204
> Telephone:  (503) 228-5222
> Facsimile:  (503) 273-9175
> Email:  ssell@tcnf.legal
>
> *Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 28th day of October, 2021 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
Cheryl L. Kelley, Practice Assistant
cheryl.kelley@ogletree.com

49085357.1

JOINT PROPOSED SCHEDULE - 4
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058