Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:   (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY, <br><br> Plaintiff, <br><br> v. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:21-cv-01019-SI <br><br> **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** |

Counsel for Plaintiff Tracey K. Turkoly ("Plaintiff") and Defendant The Lincoln National

Life Insurance Company ("Lincoln") conferred as to alternative dispute resolution via telephone

on November 18, 2021.  The parties agreed to pursue informal negotiations.

JOINT ALTERNATE DISPUTE
RESOLUTION REPORT - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

Respectfully submitted this 19th day of November, 2021.

THOMAS, COON, NEWTON & FROST

By: */s/ Scott A. Sell*
    Scott A. Sell, OSB #144297
    The Thomas Mann Building
    820 SW 2nd Avenue, Suite 200
    Portland, OR  97204
    Telephone:  (503) 228-5222
    Facsimile:  (503) 273-9175
    Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, OSB #142529
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

By: */s/ Scott K. Pomeroy*
    Scott K. Pomeroy, MA Bar #665110
    (admitted *pro hac vice*)
    One Boston Place, Suite 3500
    Boston, MA 02108
    Telephone:  (207) 387-2961
    Facsimile:  (207) 387-2986
    Email:  scott.pomeroy@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

JOINT ALTERNATE DISPUTE
RESOLUTION REPORT - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of November, 2021, I filed the foregoing JOINT ALTERNATE DISPUTE RESOLUTION REPORT with the Clerk of the Court via CM/ECF, who sent notification to the following:

> Scott A. Sell, OSB #144297
> THOMAS, COON, NEWTON & FROST
> The Thomas Mann Building
> 820 SW 2nd Avenue, Suite 200
> Portland, OR  97204
> Telephone:  (503) 228-5222
> Facsimile:  (503) 273-9175
> Email:  ssell@tcnf.legal
>
> *Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 19th day of November, 2021 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

49378551.1

JOINT ALTERNATE DISPUTE
RESOLUTION REPORT - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7052 | Fax: 206-693-7058