Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
Email:  ssell@tcnf.legal

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

|  |  |
|---|---|
| TRACY K. TURKOLY,<br><br>   Plaintiff,<br><br>  v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 3:21-cv-01019-SI<br><br>**JOINT ADR REPORT** |

At present, Plaintiff counsel does not believe that a negotiated settlement is possible.  At present, Defendant counsel believes that further negotiation (ideally with the assistance of a mediator or other ADR facilitator experienced in ERISA benefit claims) would be appropriate and possibly beneficial in this case.

Dated this 29th day of April, 2022.

JOINT ADR Report - 1
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

THOMAS, COON, NEWTON & FROST

By: /s/ Scott A. Sell
Scott A. Sell, OSB #144297
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:  ssell@tcnf.legal

*Attorney for Plaintiff Tracey K. Turkoly*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
By: /s/ Russell S. Buhite      .
Russell S. Buhite, OSB #142529
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

By: Scott K. Pomeroy
Scott K. Pomeroy, admitted *pro hac vice*
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (207) 387-2961
Facsimile: (207) 387-2986
Email:  scott.pomeroy@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

JOINT ADR Report - 1
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

## CERTIFICATE OF FILING

I certify that on April 29, 2022, I filed the original **Joint ADR Report** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204

by the following method of filing: **eFile**.

## CERTIFICATE OF SERVICE

I certify that on April 29, 2022, participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

**Russell S. Buhite,** OSB #142529
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7052; 206-693-7058 (fax)
russell.buhite@ogletree.com

**Scott Pomeroy,** admitted *pro hac vice*
Ogletree Deakins
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961; 207-387-2986 (fax)
scott.pomeroy@ogletree.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 29th day of April, 2022.

THOMAS, COON, NEWTON & FROST
_/s/ Scott A. Sell_____
Scott A. Sell, OSB#: 144297
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Email:  ssell@tcnf.legal

JOINT ADR Report - 1
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222