# Evelyn Cumberbatch, MD, MPH

Secure fax provided by:
**Lincoln Financial Group**
**Disability Claims**
**P.O. Box 7206**
**London, KY 40742-7206**
**Secure Fax 866-841-1415**

Date: 12/31/19                                        Re:  Disability Benefits
Name: Bowen Parsons, MD                    Claimant Name: Tracey Turkoly
Phone: 503-805 8652                             Claimant DOB:  07/16/68
Fax: 866-314-5330                                 Claim Number:  8919146

Dear Dr. Parsons,
Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits. I am the physician who was asked by Lincoln Financial Group to review the medical records your patient submitted to request disability benefits. Thank you for your return call yesterday, 12/30/19, informing me that Ms. Turkoly has retained an attorney and she doesn't want you talking to me in person; however, you asked me to send you a letter with my questions as Ms. Turkoly is allowing you to answer questions in written form. Therefore, below are questions regarding this matter.

1) Are you still treating Ms. Turkoly?

   Yes

2) Approximately how often do you see her?

   Once a month

3) When was the last time that you saw her?

   December 9, 2019

4) As of the last time that you saw Ms. Turkoly, how was she doing (please include pertinent symptoms and signs of her mental health status)?

   Her depression and anxiety appeared to stem from physical illness characterized by dizziness, chronic fatigue, diffuse joint pain, sore muscles or myalgias.  On mental status exam she does have some impairment in short term memory and concentration.  I would say has depression and anxiety are about the same.

5) Currently, what diagnoses are you assessing Ms. Turkoly with (if there is a severity scale for the diagnosis, please include the severity of her illness presently – i.e. mild, moderate, severe)?

3:21-cv-01019-SI
Exhibit C / 001

Major Depressive Disorder, panic disorder moderate to severe

6) In your opinion, is Ms. Turkoly functionally impaired by any/all of her psychiatric conditions such that she is limited to not returning to her recent job/workplace?

See psychiatric conditions are related to and exacerbated by her medical issues.  I do not feel she is able to return to work at this time.

7) In your opinion, is Ms. Turkoly functionally impaired by any/all of her psychiatric conditions such that she is limited to not returning to her occupation? Or, do you think that she could to work in her occupation in a different job/workplace?

I do not feel that she can return to any work at this time.

8) If you think that Ms. Turkoly is functionally impaired and limited to not returning to work which diagnosis/es is/are functionally impairing Ms. Turkoly?

Fibromyalgia, chronic fatigue syndrome and accompanying depression and anxiety.

9) Also, please describe how and in what areas Ms. Turkoly is functionally impaired (i.e. sustained concentration & focus, sustained energy & motivation, social/interpersonal interactions)?

Low energy, fatigue, poor concentration, poor short term memory, disturbed(?) sleep

10) If you think that Ms. Turkoly can return to work at this time, do you recommend any restrictions on her returning to work (such as part-time for a period)? If so, please outline the specific restrictions that you are recommending.

N/A

11) If you think Ms. Turkoly has cognitive impairments, have you done any common scales, such as the MMSE or the MOCA, to assess her cognitive status, or have you referred her to neuropsychiatric testing? If you have done a scale, please report the result and your findings?

N/A

12) In the available records that were reviewed, you increased Ms. Turkoly's Lexapro to 20mg and moved it to the evening (to address her headaches) in May 2019; it appears that she has remained on Lexapro 20mg QHS and alprazolam/Xanax 1mg QD PRN anxiety/insomnia since that time. Is this correct, or have you made any further psychiatric medication changes since May 2019?

That is correct.

13) If you think that Ms. Turkoly is still impaired by her psychiatric conditions and not able to return to work and you have not made any further psychiatric medication changes since May 2019, why have you not made further changes (such as switching/adding antidepressants or adding an adjunctive antidepressant or other possible anti-anxiety medication)?

She has responded well in the past to Lexapro and Alprazolam.  She had a partial response this time. I feel her medical illness needs to stabilize and improve before further improvement can be expected.

14) Also, in the available records, several Ms. Turkoly's medical providers have continued to document that she is taking Lexapro 5mg QD. Do you know if Ms. Turkoly is taking the higher dose of Lexapro or is she continuing to take the lower dose of Lexapro?

Higher dose.

15) If you think that Ms. Turkoly is still impaired by her psychiatric conditions and not able to return to work, but you have not made further psychiatric medication changes since May 2019 for the reason noted above, have you considered referring her for other medical interventions, such as Electroconvulsive Shock Therapy (ECT) or Transcranial Magnetic Stimulation (TMS), to treat any continuing depression?

No.  See answer to #13.

16) If you think that Ms. Turkoly is still functionally impaired by her psychiatric conditions and not able to return to work, have you considered whether she would benefit form a higher level of outpatient care, such as a partial hospitalization program (PHP) or an intensive outpatient program (IOP)?

I do not feel that she would benefit from this.

17) If you think that Ms. Turkoly is functionally impaired by her psychiatric conditions and not able to return to work, what frequency of psychotherapy would you recommend for her impairing conditions?

I see her once a month and she is receiving other medical treatment.