Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:    (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:    (207) 387-2961
Facsimile:    (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant LINCOLN NATIONAL
LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>       Plaintiff,<br><br>  v.<br><br>LINCOLN NATIONAL LIFE INSURANCE<br>COMPANY,<br><br>       Defendant. | Case No.: 3:21-cv-01019-SI<br><br>**NOTICE OF LODGING OF RECORD<br>FOR JUDICIAL REVIEW** |

       NOW COMES Defendant Lincoln National Life Insurance Company ("Lincoln"), and

lodges the Record for Judicial Review for this matter, as ordered by the Court [Doc. 18], which

includes the following:

NOTICE OF LODGING OF RECORD FOR
JUDICIAL REVIEW - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

1.    Lincoln Administrative Record (Bates-numbered LIN000001-LIN002333), delivered to the Court via USB drive.

Respectfully submitted this 31st day of May, 2022.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
　　Russell S. Buhite, OSB #142529
　　1201 Third Avenue, Suite 5150
　　Seattle, WA  98101
　　Telephone:  (206) 693-7052
　　Facsimile:    (206) 693-7058
　　Email:  russell.buhite@ogletree.com

By: */s/ Scott K. Pomeroy*
　　Scott K. Pomeroy, MA Bar #665110
　　(admitted *pro hac vice*)
　　One Boston Place, Suite 3500
　　Boston, MA  02108
　　Telephone:  (207) 387-2961
　　Facsimile:    (207) 387-2986
　　Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN
NATIONAL LIFE INSURANCE COMPANY

NOTICE OF LODGING OF RECORD FOR
JUDICIAL REVIEW - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2022, I filed the foregoing NOTICE OF LODGING OF RECORD FOR JUDICIAL REVIEW with the Clerk of the Court via CM/ECF, who sent notification to the following:

Scott A. Sell, OSB #144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:    ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 31st day of May, 2022 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com