Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>               Plaintiff,<br><br>           v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>               Defendant. | Case No.: 3:21-cv-01019-SI<br><br><br>EXPEDITED REQUEST:<br>PLAINTIFF'S MOTION FOR<br>WORD COUNT EXTENSION |

Plaintiff's Rule 52 Motion for Judgment errs with respect to local rule 7.2 because it exceeds the word-count limitation without seeking prior approval from the court.[1] I am responsible for that error. I apologize to the Court and to Defendant.

Following filing, Defendant respectfully raised this issue with me. We spoke on the telephone and discussed the issue. We concluded that I would file this motion asking the Court's permission for a word-count extension.

---

[1] LR 7.2(b) limits motions to 11,000 words without leave from the court. Plaintiff's Rule 52 Motion for Judgement contains 17,654 words.

The long-term disability plan at issue in this case is subject to ERISA. Because ERISA preempts state law and allows for only equitable relief, the law significantly circumscribes Ms. Turkoly's ability to present her case. She has no right to a jury, she cannot call witnesses, and she cannot cross-examine defendant's experts, among other limitations.  *Teutscher v. Woodson*, 835 F.3d 936, 942 (9th Cir. 2016).  In short, her only vehicle for presenting facts and arguments to the Court is a Rule 52 motion. *Pannebecker v. Liberty Life Assur. Co. of Boston*, 542 F.3d 1213, 1217 n.1 (9th Cir. 2008).

Considering the limitations ERISA places on a plaintiff's ability to develop her case, Ms. Turkoly respectfully asks the court's permission for a word-count extension of an additional 7,000 words in her Rule 52 motion.

Out of respect for any additional efforts required by Defendant, Ms. Turkoly would stipulate to an equal word extension for Defendant and an additional 30 days to respond to Plaintiff's motion, if it pleases the court.

Dated this 1st day of June, 2022.

Respectfully Submitted,

**THOMAS, COON, NEWTON & FROST**

By: /s/ Scott A. Sell
Scott A. Sell, OSB #144297
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
Email:  ssell@tcnf.legal

Plaintiff's Motion for Word Count Extension
Page 1

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

## CERTIFICATE OF FILING

I certify that on June 1, 2022, I filed the original **MOTION FOR WORD COUNT EXTENSION** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204
by the following method of filing: **eFile**.

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

**Russell S. Buhite,** OSB #142529
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7052; 206-693-7058 (fax)
russell.buhite@ogletree.com

**Scott Pomeroy,** admitted *pro hac vice*
Ogletree Deakins
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961; 207-387-2986 (fax)
scott.pomeroy@ogletree.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 1st day of June, 2022.

THOMAS, COON, NEWTON & FROST
   */s/ Scott A. Sell*
Scott A. Sell, OSB#: 144297
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Email:  ssell@tcnf.legal

Plaintiff's Motion for Word Count Extension
Page 2

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222