Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:    (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:    (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>      Plaintiff,<br><br>   v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:21-cv-01019-SI<br><br>**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR WORD COUNT EXTENSION**<br><br>**[Expedited Hearing Requested]** |

DEFENDANT'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION
FOR WORD COUNT EXTENSION - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

**CERTIFICATE PURSUANT TO L.R. 7.1**

Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby certifies pursuant to L.R. 7-1 that it has conferred in good faith with Plaintiff's counsel regarding Plaintiff's Motion for Word Count Extension, and they have been unable to resolve the disputed subject matter of this motion.

**INTRODUCTION**

Pursuant to Local Rule 7-1's requirement to meet and confer prior to resorting to motion practice, Defendant The Lincoln National Life Insurance Company ("Lincoln") notified Plaintiff's counsel concerning its objection to Plaintiff's non-compliance with the word-count limit set by L.R. 7-2(b) and Lincoln's intention to move to strike Plaintiff's dispositive motion [Doc. 17]. Specifically, Lincoln explained that it would be unfair to require Lincoln to respond within the time allowed by the agreed (and Court ordered) briefing schedule to a motion that is nearly twice the volume allowed by the Local Rule and to also do so within the Local Rule's mandatory page limits.  This Response is in the nature of a conditional objection as explained below.

Following discussions between counsel, Plaintiff's counsel agreed to file a *nunc pro tunc* request for leave to exceed the Local Rule's 11,000-word limit by an additional 7,000 words, but refused to agree to file a revised brief of shorter length.  Lincoln does not believe that a 7,000-word enlargement is necessary to adequately brief the dispositive issues in this case or appropriate, especially given ERISA's overarching efficiency concerns.  *See*, *e.g.*, *Conkright v. Frommert*, 559 U.S. 506, 517 (2010); *Fort Halifax Packing Co. v. Coyne*, 482 U.S. 1, 11 (1987).  Nevertheless, if the Court is inclined to grant the requested enlargement, Lincoln requests (as Plaintiff also

DEFENDANT'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION
FOR WORD COUNT EXTENSION - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

requests) an additional thirty (30) days for Lincoln to respond to Plaintiff's dispositive motion (making Lincoln's deadline July 18, 2022) and at least an equal number of words.

Alternatively, should the Court choose to deny Plaintiff's motion or grant Plaintiff a less than 7,000-word enlargement of L.R. 7-2(b)'s word-count limit, Lincoln would not object to the Court granting Plaintiff additional time up to thirty (30) days to prepare and file a revised dispositive motion that complies with the Local Rule or other Court-ordered word-count limit.

Respectfully submitted this 2nd day of June, 2022.

This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e) because it contains 357 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, OSB #142529
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

By: */s/ Scott K. Pomeroy*
    Scott K. Pomeroy, MA Bar #665110
    (admitted *pro hac vice*)
    One Boston Place, Suite 3500
    Boston, MA 02108
    Telephone:  (207) 387-2961
    Facsimile:  (207) 387-2986
    Email:  scott.pomeroy@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR WORD COUNT EXTENSION - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of June, 2022, I filed the foregoing DEFENDANT'S

RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR WORD COUNT EXTENSION

with the Clerk of the Court via CM/ECF, who sent notification to the following:

> Scott A. Sell, OSB #144297
> THOMAS, COON, NEWTON & FROST
> The Thomas Mann Building
> 820 SW 2nd Avenue, Suite 200
> Portland, OR  97204
> Telephone:  (503) 228-5222
> Facsimile:  (503) 273-9175
> Email:  ssell@tcnf.legal
>
> *Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 2nd day of June, 2022 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
>
> By: */s/ Cheryl L. Kelley*
>     Cheryl L. Kelley, Practice Assistant
>     cheryl.kelley@ogletree.com

DEFENDANT'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION
FOR WORD COUNT EXTENSION - 4
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058