Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222
Fax 503-273-9175
E-mail: ssell@tcnf.legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACEY K. TURKOLY,

                Plaintiff,

    v.

LINCOLN NATIONAL LIFE INSURANCE
COMPANY,

                Defendant.

Case No.3:21-cv-01019-SI

DECLARATION IN SUPPORT OF
UNOPPOSED MOTION FOR
DEFENDANTS EXTENSION OF TIME TO
FILE

I, Scott A. Sell, attorney for plaintiff in the above-captioned matter, declare the following:

1. On June 19th, I was hospitalized with a ruptured appendix. I spent six days in the hospital and underwent a surgery. About a week later, I had a complication that required a second hospitalization and a revision surgery. I met with my surgeon July 8th. She thinks it is likely that I will be hospitalized again for about three days starting Wednesday, July 13th, with third and possible fourth surgeries on the horizon.

2. Counsel therefore moves for a 21-day extension as set forth in the accompanying Unopposed Motion for Defendant's Extension of Time to File; and

PAGE 1 – DECLARATION – (Case No.:3:21-cv-01019-SI)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222

3.      Counsel for defendant does not object.


        Dated this 11th day of July, 2022.

                                    Respectfully Submitted,

                         THOMAS, COON, NEWTON & FROST

                                     /s/ Scott A. Sell
                                    Scott. A. Sell, OSB# 144297
                                    503-228-5222
                                    Of Attorneys for Plaintiff

PAGE 2 – DECLARATION – (Case No.:3:21-cv-01019-SI)
                **THOMAS, COON, NEWTON & FROST**
                       820 SW Second Ave., Suite 200
                          Portland OR   97204
                             (503) 228-5222