Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222
Fax 503-273-9175
E-mail: ssell@tcnf.legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACEY K. TURKOLY,

         Plaintiff,

    v.

LINCOLN NATIONAL LIFE INSURANCE
COMPANY

         Defendant.

Case No.: 3:21-cv-01019-SI

UNOPPPOSED MOTION
TO STAY

Plaintiff moves the court to grant a stay of all current deadlines in this case, including a stay of the deadline for Defendant's brief, which is otherwise due on August 8, 2022  Plaintiff will provide the court a status report 45 days from this motion. This motion is based upon the attached declaration of counsel.

Defendant has been informed and does not object.

Dated this 4th day of August, 2022.

                        Respectfully Submitted,

                    THOMAS, COON, NEWTON & FROST

                    _/s/ Scott A. Sell_____
                    Scott. A. Sell, OSB# 144297
                    503-228-5222
                    Of Attorneys for Plaintiff

PAGE 1 – UNOPPOSED MOTION FOR STAY– (Case No.: No.3:21-cv-01019-SI)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222