Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222
Fax 503-273-9175
E-mail: ssell@tcnf.legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRACEY K. TURKOLY, | Case No.: 3:21-cv-1019 |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO STAY |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

I, Scott A. Sell, attorney for plaintiff in the above-captioned matter, declare the following:

1.     On June 19th, I was hospitalized with a ruptured appendix.  I spent six days in the hospital and underwent a surgery.  About a week later, I had a complication that required a second hospitalization and a revision surgery.

2.     On July 27, 2022, I received a diagnosis that requires oncology visits to figure out the course of treatment, and I am likely starting chemotherapy in the next few weeks

3.     I will update the court 45 days from the motion to stay if parties are ready to proceed with the case at the time

PAGE 1 – DECLARATION – (Case No.: 3:21-cv-1019)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222

4.      Counsel for defendant does not object.


Dated this 4th day of August, 2022.

                              Respectfully Submitted,

                         THOMAS, COON, NEWTON & FROST

                              /s/ Scott A. Sell
                              Scott. A. Sell, OSB# 144297
                              503-228-5222
                              Of Attorneys for Plaintiff

PAGE 2 – DECLARATION – (Case No.: 3:21-cv-1019)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222