Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
Email:  ssell@tcnf.legal

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TRACY K. TURKOLY, <br><br> Plaintiff, <br><br> v. <br><br> THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:21-cv-01019-SI <br><br> **JOINT STATUS REPORT** |

The parties have conferred on this matter.  In light of Mr. Sell's continuing cancer treatment, the parties jointly request the following timeline for the remaining dispositive motions in this case:

1. Defendant's response and cross-motion due by October 25, 2022

2. Plaintiff's response due by November 15, 2022.

3. Defendant's optional reply due by December 6, 2022.


Dated this 29th day of September, 2022.

JOINT STATUS REPORT - 1
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

THOMAS, COON, NEWTON & FROST

By: /s/ Scott A. Sell
Scott A. Sell, OSB #144297
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:  ssell@tcnf.legal

*Attorney for Plaintiff Tracey K. Turkoly*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: /s/Scott K. Pomeroy
Scott K. Pomeroy, admitted *pro hac vice*
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (207) 387-2961
Facsimile: (207) 387-2986
Email:  scott.pomeroy@ogletree.com

By: Russell S. Buhite         .
Russell S. Buhite, OSB #142529
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:  russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National
Life Insurance Company*

JOINT STATUS REPORT - 2
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

**CERTIFICATE OF FILING**

I certify that on September 29, 2022, I filed the original **Joint Status Report** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204

by the following method of filing: **eFile**.

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2022, participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

**Russell S. Buhite,** OSB #142529
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7052; 206-693-7058 (fax)
russell.buhite@ogletree.com

**Scott Pomeroy,** admitted *pro hac vice*
Ogletree Deakins
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961; 207-387-2986 (fax)
scott.pomeroy@ogletree.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 29th day of September, 2022.

THOMAS, COON, NEWTON & FROST

_____*/s/ Scott A. Sell*_____
Scott A. Sell, OSB#: 144297
820 SW 2nd Avenue, Suite 200
Portland, OR  97204

JOINT STATUS REPORT - 3
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

Telephone: (503) 228-5222
Email:  ssell@tcnf.legal

JOINT STATUS REPORT - 4
Case No. 3:21-cv-01019-SI