**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:21-cv-01019-SI<br><br>**[PROPOSED] ORDER DENYING<br>PLAINTIFF'S MOTION FOR<br>JUDGMENT AND GRANTING<br>DEFENDANT'S RULE 52 CROSS-<br>MOTION FOR JUDGMENT** |

This matter came before the Court on Plaintiff Tracey K. Turkoly's ("Plaintiff") Motion for Judgment and Defendant The Lincoln National Life Insurance Company's ("Lincoln") Rule 52 Cross-Motion for Judgment.  The Court has reviewed and considered the following documents:

1.    Plaintiff's Motion for Judgment;

2.    Lincoln's Response in Opposition to Plaintiff's Motion for Judgment;

3.    Plaintiff's Reply in Support of its Motion for Judgment (if any);

4.    Lincoln's Rule 52 Cross-Motion for Judgment;

5.    Plaintiff's Response in Opposition to Lincoln's Rule 52 Cross-Motion for Summary Judgment; and

6.     Lincoln's Reply in Support of its Rule 52 Cross-Motion for Judgment (if any).

IT IS HEREBY ORDERED THAT:

1.     Plaintiff Tracey K. Turkoly's Motion for Judgment is hereby DENIED;

2.     Defendant The Lincoln National Life Insurance Company's Rule 52 Cross-Motion for Judgment is hereby GRANTED; and

3.     Lincoln is awarded its fees and costs of suit, pursuant to 29 U.S.C. § 1132(g)(1).


DATED: _____, 2022.


_____
Honorable Michael H. Simon
United States District Court Judge


Presented By:

Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:    (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:    (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AND GRANTING DEFENDANT'S RULE 52 CROSS-MOTION FOR JUDGMENT - 2 Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2022, I filed the foregoing [PROPOSED]

ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AND GRANTING

DEFENDANT'S RULE 52 CROSS-MOTION FOR JUDGMENT with the Clerk of the Court via

CM/ECF, who sent notification to the following:

Scott A. Sell, OSB #144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 25th day of October, 2022 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR JUDGMENT
AND GRANTING DEFENDANT'S RULE
52 CROSS-MOTION FOR JUDGMENT - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058