**EXHIBIT A**

**Amended Exhibit A**
**Table of Medical Evidence**

This Table of Medical Evidence summarizes the medical evidence in the Plaintiff's Administrative Record from September 2019 through July 2020.

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 9/16/2019. Ms. Paris (psychotherapist). | "She is still reporting increased anxiety, depression and lethargy." LIN0964. | Mental status exam: Appearance, orientation, speech, affect, thought process, thought content, perception, judgment, and insight all within normal limits. No thoughts of suicide or homicide. "Mood: depressed, anxious, moderate." LIN0694. |
| 10/1/2019. Dr. Coffin (naturopath). | "She feels about 20% better from the last visit. She is still really tired and has strange pains. They move around." "She has started walking 3–4 days a week." LIN0991. | No objective examination recorded. LIN0992. |
| 10/1/2019. Dr. Agosta (chiropractor). | Neck, upper and lower back, and hip pain. Plaintiff has "continued to see improvements in [her] energy levels, with an ability to walk a half a mile to a mile now before becoming fatigued." LIN1175. | "Mild to moderate restriction" in neck range of motion. "Speech and mentation clear and coherent. Alert and cooperative." LIN1175. |
| 10/3/2019. Dr. Parsons (psychiatrist). | "[F]eels about 20 per cent better." "She remains depressed and anxious." LIN0398. | No objective examination recorded. LIN0398. |

1

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 10/7/2019.  Ms. Paris (psychotherapist). | Plaintiff "reported feeling 20% better . . . has a little more endurance—but still gets overwhelmed by sustained mental or physical work."  LIN0962. | Mental status exam: Appearance, orientation, speech, affect, thought process, thought content, perception, judgment, and insight all within normal limits.  No thoughts of suicide or homicide.  "Mood: depressed, anxious, moderate." LIN0692. |
| 10/15/2019.  Dr. Agosta (chiropractor). | Neck, upper and lower back, and hip pain.  Plaintiff "reports feeling better for a week and a half after last visit before pain slowly increased."  LIN0548. | "Mild to moderate restriction" in neck range of motion.  "Speech and mentation clear and coherent.  Alert and cooperative."  LIN0548. |
| 10/28/2019.  Dr. Agosta (chiropractor). | Neck, upper and lower back, and hip pain.  Plaintiff "reports having a lot of travel over the past week" and "reports feeling an increase in [her] fatigue." LIN0550. | "Mild to moderate restriction" in neck range of motion.  "Speech and mentation clear and coherent.  Alert and cooperative."  LIN0550. |
| 11/1/2019.  Dr. Coffin (naturopath). | "She had a big setback going to a wedding in Ohio.  She was doing a little better but after the trip she feels like the old symptoms are back."  "She is walking regularly to try and increase strength and endurance." LIN0719. | "Well-nourished, well developed, in mild acute distress from fatigue and brain fog.  Normal gait.  Normal habitus and grooming."  "PSYCH: Normal affect, appropriate hygiene.  Oriented to time, place and person.  Some evidence present of current depression, anxiety and agitation." LIN0720. |
| 11/7/2019.  Dr. Parsons (psychiatrist). | Plaintiff reports "fatigue, joint pain, unsteady gait and cognitive difficulties." LIN0398. | No objective examination recorded. LIN0398. |
| 11/14/2019. | Mammogram imaging report.  LIN0631. | Normal.  LIN0631. |

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 11/15/2019.  Dr. Agosta (chiropractor). | Neck and pack pain. Plaintiff "reports feeling better after last treatment for a few days."  No report of fatigue.  LIN0552. | "Speech and mentation clear and coherent.  Alert and cooperative." LIN0552. |
| 12/5/2019.  Dr. Coffin (naturopath). | "[S]ome small improvements."  "Yesterday was hard.  She had to take a 3 hr nap.  She had a lot of trouble with memory." LIN0717. | No objective examination recorded. LIN0717-0718. |
| 12/9/2019.  Dr. Agosta (chiropractor). | Neck, upper back, low back, and right hip pain.  Plaintiff "reports feeling [her] energy return and has been able to do longer walks, as well as continuing [her] yoga in the morning."  LIN0554. | "Mild to moderate" restrictions on neck and back range of motion. "Speech and mentation clear and coherent.  Alert and cooperative." LIN0554. |
| 12/10/2019.  Dr. Parsons (psychiatrist). | Feeling "overwhelmed preparing for the Holidays." Reports "cognitive problems with memory and concentration."  "She feels depressed and has overwhelming fatigue." LIN0399. | No objective examination recorded. LIN0399. |

3

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 12/13/2019.  Dr. Walker (naturopath). | "[C]onfusion" and "achiness" through the summer.  "[G]ets anxiety at night (waking 2 am) this has improvement."  "Depression better."  "[F]eeling better in general."  Plaintiff reports "walking" for exercise.  No report of fatigue.  LIN0556. | "Well-developed, well-nourished, well-groomed adult female appearing stated age and in no acute distress.  Healthy and cooperative."  "EXTREMITIES: Dry, warm with full range of motion for all extremities.  Bilaterally symmetrical without swelling, edema, or deformity."  "SCREENING NEUROLOGIC: A&O x3."  "MUSCULOSKELETAL: Adequately aligned spine.  ROM intact spine and extremities.  No joint erythema or tenderness.  Normal muscular development.  Normal gait."  "PSYCH: Judgement and insight, memory, mood and affect are within normal limits.  Posture, behavior, attention, concentration and thought content are within normal limits."  LIN0557. |
| 12/16/2019. | Blood Tests.  LIN0581. | Comprehensive metabolic panel, free testosterone (T4, T3), CBC, Vitamin B12, estrone, progesterone, estradiol, and other tests all within normal ranges.  LIN0581-0583. |
| 12/20/2019. | Brain MRI imaging study.  LIN0726. | Appearance of "regions of T2 hyperintensity," none of which "demonstrate mass effect and none appear to be positive on the diffusion-weighted images."  Otherwise, imaging is "normal."  LIN0726. |
| 12/23/2019. | Lab tests for hormone levels.  LIN0586. | Morning cortisol, estrone, and testosterone levels within normal ranges.  Progesterone and daytime and evening cortisol levels low.  LIN0586-0587. |

4

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 12/30/2019.  Dr. Walker (naturopath). | Allergies, irritable mood, headache, fatigue, "joints hurt."  LIN0559. | "Well-developed, well-nourished, well-groomed adult female appearing stated age and in no acute distress.  Healthy and cooperative." "EXTREMITIES: Dry, warm with full range of motion for all extremities.  Bilaterally symmetrical without swelling, edema, or deformity."  "SCREENING NEUROLOGIC: A&O x3."  "MUSCULOSKELETAL: Adequately aligned spine.  ROM intact spine and extremities.  No joint erythema or tenderness.  Normal muscular development.  Normal gait."  "PSYCH: Judgement and insight, memory, mood and affect are within normal limits.  Posture, behavior, attention, concentration and thought content are within normal limits."  LIN0560. |
| 1/16/2020.  Dr. Parsons (psychiatrist). | "Tracey notes swelling in her wrists and hands."  "She has pain and swelling in her feet as well."  LIN0399. | No objective examination recorded.  LIN0399. |
| 1/29/2020.  Dr. Coffin (naturopath). | "She still has significant ups and downs. . . .  Mood is better, stomach is better.  She feels like she is more tired than she was a year ago.  Pain levels are up and down."  LIN0714. | No objective examination recorded.  LIN0714. |
| 2/4/2020.  Dr. Agosta (chiropractor). | Neck, upper back, and low back pain.  Plaintiff reports fatigue, but also says she "has been traveling a lot for the holidays."  LIN0564. | "Speech and mentation clear and coherent.  Alert and cooperative."  Muscle testing shows "5/5" strength throughout.  LIN0565. |

5

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 2/23/2020.  Dr. Parsons (psychiatrist). | "She is still so tired she stays in bed some days.  She has joint pains particularly in her wrists and hands." LIN0399. | No objective examination recorded. LIN0399. |
| 2/14/2020. | Blood Tests.  LIN0589. | Comprehensive metabolic panel, hemoglobin A1c, TSH, CBC, and other tests within normal ranges. LIN0589-0592. |
| 3/2/2020.  Dr. Agosta (chiropractor). | Neck, upper back, and low back pain.  No complaint of fatigue.  LIN0571. | "Speech and mentation clear and coherent.  Alert and cooperative." LIN0571. |
| 3/12/2020.  Dr. Agosta (chiropractor). | Neck, upper back, and low back pain.  No complaint of fatigue.  LIN0573. | "Speech and mentation clear and coherent.  Alert and cooperative." Muscle testing shows "5/5" strength throughout.  LIN0573. |
| *3/24/2020: End of LTD Benefits* | | |
| 6/2/2020.  Dr. Rogoff (family practice). | "Chronic fatigue, lyme disease."  LIN0511. | "WDWN-NAD," *i.e.*, well-developed, well-nourished, not in acute distress.  Normal gait. "A&Ox3."  Muscle strength: "5/5." Normal mood and affect.  "Good Insight."  LIN0511. |
| 6/25/2020 | Blood tests.  LIN0516. | Iron, Immunoglobulin G, A, M, and E levels, cortisol, and progesterone all normal.  Vitamin B12 higher than normal range.  CBC all normal except hematocrit higher than normal.  LIN0516-0521. |
| 6/29/2020.  Dr. Feldman (nephrology). | Chief complaint: "lightheadedness."  "Fatigue persists."  LIN0498. | "Generally nontoxic appearing." "No increased work of breathing noted."  "Patient directed self-exam: no edema."  "Discussed lack of clarity regarding an underlying unifying dx.  I doubt lyme is a real dx.  She does not meet criteria for pots."  LIN0500. |

6

| Date & Practitioner | Subjective/Reason for Visit | Objective/Examination/Assessment |
|---|---|---|
| 7/2/2020.  Dr. Parsons (psychiatrist). | Plaintiff "is still living in Hawaii with her husband and son."  "Her mood is about the same.  It waxes and wanes with her fatigue syndrome."  Plaintiff "notes her memory and concentration is marginally better."  LIN0399. | No objective examination recorded.  LIN0399. |
| 7/13/2020.  Dr. Rogoff (family practice). | None stated.  LIN0505. | No objective examination recorded.  LIN0505. |
| 7/16/2020.  Dr. Rogoff (family practice). | "CFS/ME/FM."  LIN0504. | No objective examination recorded.  LIN0504. |

7