**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:21-cv-01019-SI<br><br>**AMENDED [PROPOSED] ORDER<br>DENYING PLAINTIFF'S MOTION<br>FOR JUDGMENT AND GRANTING<br>DEFENDANT'S RULE 52 CROSS-<br>MOTION FOR JUDGMENT** |

   This matter came before the Court on Plaintiff Tracey K. Turkoly's ("Plaintiff") Motion

for Judgment and Defendant The Lincoln National Life Insurance Company's ("Lincoln") Rule

52 Cross-Motion for Judgment.  The Court has reviewed and considered the following documents:

   1.  Plaintiff's Motion for Judgment;

   2.  Lincoln's Amended Response in Opposition to Plaintiff's Motion for Judgment;

   3.  Plaintiff's Reply in Support of its Motion for Judgment;

   4.  Lincoln's Amended Rule 52 Cross-Motion for Judgment;

AMENDED [PROPOSED] ORDER
DENYING PLAINTIFF'S MOTION FOR
JUDGMENT AND GRANTING
DEFENDANT'S RULE 52 CROSS-
MOTION FOR JUDGMENT - 1
Case No. 3:21-cv-01019-SI

5.    Plaintiff's Response in Opposition to Lincoln's Rule 52 Cross-Motion for Summary Judgment; and

6.    Lincoln's Amended Reply in Support of its Rule 52 Cross-Motion for Judgment.

IT IS HEREBY ORDERED THAT:

1.    Plaintiff Tracey K. Turkoly's Motion for Judgment is hereby DENIED;

2.    Defendant The Lincoln National Life Insurance Company's Rule 52 Cross-Motion for Judgment is hereby GRANTED; and

3.    Lincoln is awarded its fees and costs of suit, pursuant to 29 U.S.C. § 1132(g)(1).


DATED: _____, 20_____.


_____
Honorable Michael H. Simon
United States District Court Judge


Presented By:

Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com


AMENDED [PROPOSED] ORDER
DENYING PLAINTIFF'S MOTION FOR
JUDGMENT AND GRANTING
DEFENDANT'S RULE 52 CROSS-
MOTION FOR JUDGMENT - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:    (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

AMENDED [PROPOSED] ORDER
DENYING PLAINTIFF'S MOTION FOR
JUDGMENT AND GRANTING
DEFENDANT'S RULE 52 CROSS-
MOTION FOR JUDGMENT - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2022, I filed the foregoing AMENDED [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AND GRANTING DEFENDANT'S RULE 52 CROSS-MOTION FOR JUDGMENT with the Clerk of the Court via CM/ECF, who sent notification to the following:

Scott A. Sell, OSB #144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 14th day of December, 2022 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

AMENDED [PROPOSED] ORDER
DENYING PLAINTIFF'S MOTION FOR
JUDGMENT AND GRANTING
DEFENDANT'S RULE 52 CROSS-
MOTION FOR JUDGMENT - 4
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058