Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222
Fax 503-273-9175
E-mail: ssell@tcnf.legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:21-cv-01019-SI<br><br>MEMORANDUM OF<br>ADDITIONAL AUTHORITY |

Plaintiff will appear before the court on June 29, 2023. Plaintiff submits this memorandum to bring the court's attention to *Mason v. Fed. Express Corp.*, 165 F. Supp. 3d 832, 853 (D. Alaska 2016), which Plaintiff will discuss during oral argument.

*Mason*, is a long-term disability case written in an abuse of discretion context which states that, based on provisions in ERISA requiring the insurer to provide the insured with the information required to perfect her claim, an insurer

PAGE 1 – MEMORANDUM – (Case No.: 3:21-cv-01019-SI)

must tell the insured that a neuropsychological evaluation must contain specific validity markers before she has the evaluation if the insurer is going to predicate the validity of the evaluation on those markers.  165 F. Supp. at 853.

On June 20, 2023, Plaintiff informed defense counsel of this additional authority.

Dated this 22nd day of June, 2023.

Respectfully Submitted,

THOMAS, COON, NEWTON & FROST

/s/ Scott A. Sell
Scott. A. Sell, OSB# 144297
503-228-5222
Of Attorneys for Plaintiff

PAGE 2 – MEMORANDUM – (Case No.: 3:21-cv-01019-SI)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222

## <u>CERTIFICATE OF FILING</u>

I certify that on June 22, 2023, I filed the original **MEMORANDUM OF ADDITIONAL AUTHORITY** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204

by the following method of filing: eFile.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 22, 2023, participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

Russell S. Buhite, OSB #142529
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7052; 206-693-7058 (fax)
russell.buhite@ogletree.com

Scott Pomeroy, admitted pro hac vice
Ogletree Deakins
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961; 207-387-2986 (fax)
scott.pomeroy@ogletree.com

Byrne J. Decker
Ogletree Deakins
2 Monument Square, Ste. 7th Floor
Portland, ME 04101
207-387-2963; Fax: 207-387-2986
Email: byrne.decker@ogletree.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 22nd day of June, 2023.

**THOMAS, COON, NEWTON & FROST**

*/s/ Scott A. Sell*
Scott A. Sell, OSB#: 144297
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
 Email:  ssell@tcnf.legal

PAGE 3 – MEMORANDUM – (Case No.: 3:21-cv-01019-SI)
**THOMAS, COON, NEWTON & FROST**
820 SW Second Ave., Suite 200
Portland OR   97204
(503) 228-5222