**EXHIBIT A**



Archives
of
CLINICAL
NEUROPSYCHOLOGY

# Adherence to Validity Testing Recommendations in Neuropsychological Assessment: A Survey of INS and NAN Members

Rayna B. Hirst[*], Cecilia S. Han, Anna M. Teague, Alexis S. Rosen, Julie Gretler, Zoe Quittner

*Palo Alto University, Palo Alto, CA, USA*

*Corresponding author at: Palo Alto University, 1791 Arastradero Road, Palo Alto, CA 94304, USA.
Tel.: +1-650-417-2025.
E-mail address: rhirst@paloaltou.edu (R.B. Hirst).

Editorial Decision 9 January 2017; Accepted 19 January 2017

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

## Abstract

**Objective:**   The National Academy of Neuropsychology (NAN) has published recommendations for best validity testing practices, as has the American Academy of Clinical Neuropsychologists (AACN) in their review of critical issues in the field. However, surveys show not all neuropsychologists follow these recommendations consistently. Examiner characteristics (e.g., training history) and current practice characteristics (e.g., type of practice setting) may affect systematic adherence to these recommendations. Further, previous surveys focused on distinct countries or continents rather than an international sample. This study sought to provide better understanding of examiner factors that contribute to recommendation adherence and identify opportunities for improving validity testing training and practice.

**Method:**   A sample of 654 NAN and International Neuropsychological Society (INS) neuropsychologists responded to online survey questions about their demographic, training, and practice characteristics, as well as validity testing practices.

**Results:**   Findings indicate that neuropsychologists from other countries generally adhere to NAN and AACN recommendations as closely as United States neuropsychologists. Across all neuropsychologists, those who work with pediatric and geriatric populations do not follow recommendations as consistently as those who work with adults, despite research supporting that recommendations should be followed with all patients. Neuropsychologists who have been practicing longer were also less likely to adhere to recommendations, suggesting that continuing education would be beneficial even for more experienced neuropsychologists.

**Conclusions:**   Results highlight the need for continued training on the importance of validity testing practices across different countries and all assessment settings, and identify groups of neuropsychologists to whom training could be targeted to maximize effectiveness.

*Keywords:* Assessment; Forensic neuropsychology; Malingering/symptom validity testing; Professional issues

Validity testing is critical for any neuropsychological assessment, as the utility of an evaluation depends on the legitimacy of test results. Invalid neuropsychological performance cannot be reliably interpreted; therefore, it is important to employ methods to determine test response validity in every evaluation. Historically, many neuropsychologists relied upon clinical judgment to determine whether examinees gave a valid performance; however, research shows clinical judgment alone is inadequate to determine assessment validity (Guilmette, 2012). The term "effort testing" has traditionally been used to refer to validity testing in the past, indicating that examinees who do poorly on those tests are not putting forth their best effort on testing. However, experts have pointed out that examinees who purposefully do poorly on testing may be exerting a high level of effort towards making their test results invalid yet believable (Larrabee, 2012; Sherman, 2015). Therefore, "effort testing" may be an inaccurate description of the construct being measured. The more appropriate term "validity testing" encompasses both symptom validity (i.e., responses on self-reported symptom inventories) and "performance validity" (i.e., performance on objective cognitive tests). Validity tests allow examiners to identify scores that are inconsistent with an examinee's ability level, usually through the administration of tasks that appear difficult but are actually so cognitively simple that even neurologically damaged individuals can successfully complete them (e.g., Carone, 2013; Carone, Green, & Drane, 2013; Ploetz, Mazur-Mosiewicz, Kirkwood, Sherman, & Brooks, 2014). Thus, individuals who perform poorly on validity tests (i.e., "fail" the validity tests) are considered to have put forth inadequate effort,

© The Author 2017. Published by Oxford University Press. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com.

doi:10.1093/arclin/acx009

rendering the evaluation results invalid. Invalid performance may result from multiple factors, including deliberate failure (i.e., malingering, or feigning due to the opportunity for secondary gain; Flaro, Green, & Robertson, 2007), low motivation (Chafetz, Prentkowski, & Rao, 2011; Macher & Earleywine, 2012), fatigue (Stulemeijer, Andriessen, Brauer, Vos, & Van Der Werf, 2007), or psychiatric illness (Gorissen, Sanz, & Schmand, 2005). There are also varying degrees of certainty of invalid performance, including possible, probable, or definite (Slick, Sherman, & Iverson, 1999). As invalid performance is associated with many patient factors, there is a differential frequency of validity test failure across various settings and clinical populations.

The high base rate of suboptimal performance in certain populations underscores the importance of including validity tests in neuropsychological assessments. Larrabee, Millis, and Meyers (2009) estimated the malingering base rate at 40% in settings where examinees are seeking external gain (e.g., forensic, disability claims), which represents a substantial cost to society (Chafetz & Underhill, 2013). Base rates may also be high in medical settings; in a sample of patients with medically unexplained symptoms, 11% failed at least two validity tests and 30% failed at least one (Kemp et al., 2008). Interestingly, pediatric populations are not exempt from invalid performances. Kirkwood and Kirk (2010) found a 17% base rate of validity test failure in a clinical pediatric mild traumatic brain injury population, suggesting child assessments should also include validity measures. Even healthy undergraduate volunteers with no incentive to perform poorly fail validity measures at rates as high as 55.6% (An, Zakzanis, & Joordens, 2012; DeRight & Jorgensen, 2015; Santos, Kazakov, Reamer, Park, & Osmon, 2014). These unexpectedly high base rates in research samples emphasize the importance of administering validity tests even when there is no opportunity for secondary gain. Given the prevalence of validity test failure, it is vital that clinicians employ standardized methods to assess validity during all evaluations, regardless of setting.

In an attempt to standardize clinician validity testing practices, the National Academy of Neuropsychology (NAN) and the American Academy of Clinical Neuropsychology (AACN) have each published validity testing practice recommendations (Bush et al., 2005; Heilbronner, Sweet, Morgan, Larrabee, & Millis, 2009, respectively). Notably, both organizations state that the inclusion of validity measures in neuropsychological evaluations is a medical necessity. These publications further summarize validity testing methods, discuss related clinical and research issues, and present recommendations for the measurement of validity. The five common themes in these recommendations, presented in Table 1, include the use of multiple validity testing methods, distribution of validity tests throughout the assessment, encouragement of examinees to give their best effort, inclusion of validity measure results in reports, and adjustment of validity measures based upon the clinical context and patient factors. Thus, there is an emerging consensus among experts that validity tests should be employed in every assessment and that there are certain practices all neuropsychologists should follow.

Following the publication of the NAN and AACN recommendations, multiple surveys have assessed the self-reported validity testing practices of neuropsychologists. Sharland & Gfeller (2007) surveyed 210 NAN members and reported their responses regarding their validity assessment methods in clinical practice. Given the release of the AACN consensus statement in 2009, as well as a desire to update data since the 2007 survey, Martin, Schroeder & Odland (2015) conducted a more recent survey on validity testing practices of North American neuropsychologists ($N = 316$). Another professional survey included four questions about validity test usage and beliefs (Sweet, Benson, Nelson, & Moberg, 2015; $N = 1,777$). Although including an impressively large sample, this survey did not go into significant depth regarding validity test beliefs and practices. Further, none of the surveys evaluated overall adherence to the best validity testing practice recommendations provided by NAN and AACN. In addition, although there is relative consistency among North American neuropsychological associations' beliefs regarding validity tests, less is known about beliefs regarding validity testing internationally. Notably, McCarter, Walton, Brooks, and Powell (2009) conducted a survey assessing 130 members of the British Psychological Society Division of Neuropsychology, surprisingly revealing that 66% of those in clinical settings and 13% of those in forensic settings *never* use formal validity tests. Only 12% of respondents reported regularly using validity tests in clinical evaluations. Further, just 59% of respondents "always or

**Table 1.** Consistent effort testing practice recommendations between NAN and AACN papers

| NAN position paper (Bush et al., 2005) | AACN consensus statement (Heilbronner et al., 2009) |
| --- | --- |
| "Use a *multi-method* approach" (p. 424). | "…clinicians should use multiple validity measures" (p.1107). |
| "Disperse SVTs or measures with symptom validity indicators throughout the evaluation" (p. 424). | "…use multiple validity measures…distributed throughout the testing" (p. 1107). |
| "Inform the examinee at the outset of the evaluation and as needed during the evaluation that good effort and honesty will be required" (p. 424). | "…neuropsychologists routinely are expected to encourage optimal effort as a means of attaining best performance" (p. 1106). |
| "Report the results of symptom validity assessment" (p. 424). | "Symptom validity measures and related procedures should also be listed in neuropsychological reports" (p. 1105). |
| "In the presence of invalid performance on measures or indices of symptom validity, interpretation of performances on other tests as valid would need to be justified" (p. 424). | "Clinicians should be cognizant regarding when examinee characteristics do not match those of effort test-normative and comparison samples, and should adjust interpretations and choose measures accordingly" (p. 1107). |

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

almost always formally evaluate symptom validity" in a forensic setting (McCarter et al., 2009, p. 1056). In contrast, in North America by 2015, 92% reported that they often or always test validity across both clinical and forensic settings (Martin et al., 2015). Although these differences may be explained by variability in work settings of the survey samples, as McCarter & colleagues (2009) did not ask participants to report the proportion of clinical versus forensic work in their practice, they likely also represent diversity in validity testing practices across regions.

Although organizations in other countries have published their own recommendations for best validity testing practices (e.g., The British Psychological Society, 2009), the lack of internationally agreed-upon recommendations may explain some variability in validity testing. The suggested practices in the United States of America (U.S.) may not be globally recognized, despite research suggesting that similar malingering base rates are found in other countries (e.g., Germany; Merten, Krahi, Krahl, & Freytag, 2010). This variability across geographic location is evident in the findings of a large survey ($N = 515$) of six European countries, which reported that most respondents (69.3%) rely primarily upon clinical judgment to determine insufficient effort (Dandachi-FitzGerald, Ponds, & Merten, 2013), despite the expert consensus that objective measurement is necessary to accurately determine validity (Heilbronner et al., 2009). Overall, previous survey results suggest that practice setting (i.e., forensic vs. clinical) and geographic location may contribute to diversity in validity testing practices. However, characteristics of the examiners themselves, such as history of validity testing training, years of experience, and board certification status, may also influence adherence to validity testing practice recommendations.

Given that neuropsychologists have an ethical obligation to ensure that their test results are valid, it is imperative that they are adequately trained and utilize best validity testing practices (Heilbronner et al., 2009). Yet despite the NAN and AACN recommendations and the empirically supported clinical utility of validity measures (e.g., Sollman & Berry, 2011; Vickery, Berry, Inman, Harris, & Orey, 2001), there is still significant variability in the degree to which validity tests are utilized during neuropsychological assessment. Previous surveys of validity practices did not compare responses to the published recommendations in the field or examine adherence to these recommendations. Further, no studies to date have examined the practice- and examiner-related factors that may contribute to validity testing recommendation adherence. Determining individual and professional characteristics that are related to the likelihood of employing these standards in clinical practice would provide direction for developing and disseminating future validity testing practice trainings and practice standards. Further, previous surveys did not compare their findings to the NAN and AACN recommendations for best practices. Lastly, previous surveys were limited in both their size and geographical scope, focusing solely on distinct countries or continents. The present study sought to fill these gaps by surveying a larger, global sample of neuropsychologists, to provide a better understanding of the factors that contribute to neuropsychologists' adherence to the NAN and AACN recommendations, as well as to offer insight into potential areas for improvement in validity testing training and education.

**Method**

*Participants*

To reach a large sample of neuropsychologists globally, email addresses of potential participants were obtained with permission from both NAN and the International Neuropsychological Society (INS) membership directories. To participate, individuals must have been licensed clinical psychologists *and* must have had at least 100 post-undergraduate clinical neuropsychological assessment hours at the time of participation. These inclusion criteria were applied to obtain a sample of psychologists with more than casual training in neuropsychological assessment and who are licensed to assess clinical patients (as opposed to those who only test research participants). Emails were sent to a total of 7,774 individuals; however, not all of these individuals met inclusion criteria. Of all members, we know that approximately 1,000 individuals were likely not qualified to participate in the survey, as they were students, affiliates, or associate members. The resulting sample estimates 6,774 potential participants. Our response rate of 654 (9.7%) is consistent with other online survey response rates for surveys with a similar degree of extensive and detailed questioning (10–25%; Sauermann & Roach, 2013). A total of 707 surveys were initiated; however, 53 surveys contained an insufficient number of responses (i.e., completed demographic information but no contributory data to the survey's purpose) and therefore were excluded from formal analyses. An additional 93 surveys were not fully completed but contained a sufficient number of responses to be deemed informative to the survey's purpose. Respondents with missing data did not significantly differ from those with complete data on any of the variables of interest; the data met criteria for Little's Missing Completely At Random (MCAR) test (Little, 1988). A total of 654 surveys were included in formal analyses, or 92.5% of those initiated.

*Measures*

The survey was administered using Qualtrics, an online survey software program (www.qualtrics.com). Respondents who confirmed that they met participation criteria completed demographic and professional experience questions, including

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

country of practice, neuropsychology board certification status, and number of years of experience administering neuro-psychological assessments. Subsequently, participants provided details regarding their validity testing practices, such as the number of validity measures included in their typical battery, the distribution of validity measures in a typical battery, the degree to which they provide prompts regarding examinees' effort, and interpretive practices in the presence of poor effort. Survey questions were based in part on the methodology of Sharland and Gfeller (2007). To maintain consistent terminology across the two studies, and to reflect that validity tests have traditionally been referred to as effort tests for a longer period of time (Larrabee, 2012), the authors retained the terms "effort testing" and "effort measures" on the present survey.

### Procedure

Palo Alto University's Institutional Review Board approved the study in accordance with all laws, regulations, and ethical standards pertinent to research with human subjects. The invitation email contained information regarding the survey's purpose, participation criteria, and a link directing members to the survey. After clicking on the link, respondents indicated whether they met the necessary inclusion criteria and provided informed consent. Following the completion of the survey, respondents had the opportunity to enter a random drawing to win a $100 Amazon gift card as compensation for participation.

## Results

### Demographics and Training Information

Sample demographic information ($N = 654$) is presented in Table 2. The sample was approximately 60% women and 40% men. Over 84% of respondents received their degree in the United States (U.S.); a similar percentage reported that they primarily practice in the U.S., followed by 6.3% who primarily practice in Canada, 1.4% in Australia, and 8.4% in other countries. The majority reported obtaining a Ph.D. (65.7%), followed by master's (16.1%) and Psy.D. (14.7%) degrees. Most received their degree in clinical psychology (59.5%), followed by clinical or cognitive neuropsychology (27.8%). Respondents reported an average of 16.4 years of experience administering neuropsychological tests (range: 1–50; $SD = 10.9$). Most participants (64.4%) had completed a neuropsychology "track" in graduate school, and 81.9% reported receiving validity testing training. Approximately 20% of respondents were board certified in neuropsychology; the majority of those were from the American Board of Professional Psychology in Clinical Neuropsychology (ABPP/CN; 13.6%), with smaller participation from eight other certification groups. The present sample is similar in representation to previous surveys of North American neuropsychologists (e.g., Martin et al., 2015; Sharland & Gfeller, 2007); because NAN and INS do not collect global membership demographic information, the authors could not determine whether it was representative of neuropsychologists globally.

Most respondents reported working in private practice (40.5%), followed by medical hospitals (28.0%), veterans affairs (VA) hospitals (9.7%), rehabilitation hospitals (7.2%), and psychiatric hospitals (3.8%). Approximately half of respondents reported experience with forensic populations (48.6%) or disability claims (49.8%), and 40.5% reported experience working in a VA hospital—all settings where validity testing is particularly important given the opportunity for secondary gain through litigation or compensation and pension evaluations.

Respondents estimated the percentage of time they devote to various activities during their clinical work. The majority of respondents' clinical work time was spent conducting and interpreting neuropsychological assessments ($M = 69.3\%$, $SD = 27\%$), and additional time was spent conducting and interpreting forensic assessments ($M = 17.4\%$, $SD = 22\%$). Most respondents (44.6%) reported a typical test battery length of 4–6 hr, while 37.1% reported a typical battery length of 2–4 hr. About 14% reported typical battery lengths over 6 hr, while only 4.8% reported battery lengths shorter than 2 hr. Approximately 88% of respondents indicated that they use a flexible battery, and over 90% reported that they select their own test battery.

### Clinical Practices

Survey items related to the NAN and AACN validity testing practice recommendations (Bush et al., 2005; Heilbronner et al., 2009) are listed in Table 3. The authors compared responses to the items listed in Table 3 to variables related to neuro-psychological experience, primary patient age group, board certification, and belief of validity testing importance. Pearson chi-square analyses and independent samples $t$-tests tested whether adherence to validity testing recommendations differed according to these variables.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*                                                    5

**Table 2.** Neuropsychologist respondents' demographic information and comparison to prior validity testing studies

| Variable | Current study (% of total sample, $N = 654$) | Martin et al. (2015) ($N = 316$) | Sharland and Gfeller (2007) ($N = 188$) |
|---|---|---|---|
| **Gender** | | | |
| Female | 60.4 ($n = 394$) | 52 | 29.8 |
| Male | 39.4 ($n = 257$) | 48 | 70.2 |
| Choose not to respond | 0.3 ($n = 3$) | N/A | N/A |
| **Country of practice** | | | |
| United States | 83.9 ($n = 550$) | 93 | 100 |
| California | 10.8 | | |
| Texas | 3.7 | | |
| Florida | 3.2 | | |
| New York | 2.6 | | |
| Maryland | 2.4 | | |
| Illinois | 2.0 | | |
| Michigan | 2.0 | | |
| Pennsylvania | 2.0 | | |
| Virginia | 1.8 | | |
| North Carolina | 1.7 | | |
| Oregon | 1.5 | | |
| Washington | 1.5 | | |
| Minnesota | 1.2 | | |
| Ohio | 1.2 | | |
| Other | 13.5 | | |
| Canada | 6.3 ($n = 41$) | 7 | N/A |
| Ontario | 1.4 | | |
| Other | <1% each | | |
| Australia | 1.4 ($n = 10$) | N/A | N/A |
| Spain, Netherlands, United Kingdom, Argentina, Germany, New Zealand, Colombia, Brazil, Czech Republic, Greece, India, Italy, Mexico, Norway, Portugal, Puerto Rico, Israel, Austria, Belgium, China, Croatia, Denmark, Indonesia, Ireland, Japan, Peru, Poland, South Africa, Switzerland | <1% each ($n = 53$) | N/A | N/A |
| **Highest degree obtained** | | | |
| Ph.D. | 65.7 ($n = 429$) | 77 | 89.9 |
| Psy.D. | 14.7 ($n = 96$) | 22 | 7.9 |
| Doctor of Science | 0.3 ($n = 2$) | 0 | 0 |
| Post-Graduate Diploma in Clinical Psychology | 0.3 ($n = 2$) | 0 | 0 |
| Ed.D. | 0.1 ($n = 1$) | 0 | 2.1 |
| Master's | 16.1 ($n = 104$) | 0 | 0 |
| Bachelor's | 1.4 ($n = 10$) | 0 | 0 |
| Other | 1.4 ($n = 10$) | 0 | 0 |
| **Field of highest degree** | | | |
| Clinical psychology | 59.5 ($n = 389$) | N/A | 66.1 |
| Clinical or cognitive neuropsychology | 27.8 ($n = 182$) | | 12.7 |
| Counseling psychology | 5.0 ($n = 33$) | | 11.0 |
| School psychology | 2.3 ($n = 15$) | | N/A |
| General psychology | 1.4 ($n = 9$) | | N/A |
| Neuroscience | 1.1 ($n = 7$) | | N/A |
| Experimental psychology | 0.9 ($n = 6$) | | N/A |
| Developmental psychology | 0.9 ($n = 6$) | | N/A |
| Rehabilitation psychology | 0.5 ($n = 3$) | | N/A |
| Psychobiology/Physiological psychology | 0.5 ($n = 3$) | | N/A |
| Geropsychology | 0.1 ($n = 1$) | | N/A |
| Other | N/A | | 9.4 |
| **Board certification** | | | |
| ABPP/CN | 13.6 ($n = 89$) | 37 | 18.7 |
| ABN | 4.4 ($n = 29$) | | |
| ABPN | 2.9 ($n = 19$) | | 11.2 |
| ABAP | 0.3 ($n = 2$) | | |
| OPQ | 0.3 ($n = 2$) | | |
| SCP | 0.3 ($n = 2$) | | |

*(continued on next page)*

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*

**Table 2.** (*continued*)

| Variable | Current study (% of total sample, *N* = 654) | Martin et al. (2015) (*N* = 316) | Sharland and Gfeller (2007) (*N* = 188) |
|---|---|---|---|
| APN | 0.2 (*n* = 1) | | |
| AHPRA | 0.2 (*n* = 1) | | |
| GNPÖ | 0.2 (*n* = 1) | | |
| None in neuropsychology | 77.6 (*n* = 508) | 60 | 70 |

*Note:* ABAP = American Board of Assessment Psychology, OPQ = Ordre des Psychologues du Québec, SCP = Saskatchewan College of Psychologists, APN = Asociacion Peruana de Neuropsicologia, AHPRA = Australian Health Practitioner Regulation Agency – specialist endorsement, GNPÖ = Austrian Society for Neuropsychology.

**Table 3.** Survey items related to NAN and AACN effort testing practice recommendations

| Practice recommendation | Survey question | Acceptable responses to follow recommendations |
|---|---|---|
| Use multiple validity measures in each evaluation. | How many measures of effort are included in your typical battery? | 2, 3, 4, 5, 6, 7, 8, 9, 10+ (as opposed to 0 or 1) |
| Distribute effort measures throughout the evaluation. | Where in the battery do you insert effort tests? | Spaced throughout (as opposed to At the very beginning, Towards the middle, or At the end) |
| Encourage examinees to give their best effort. | How often do you explicitly tell examinees to give their best effort before beginning the assessment? | "Most of the time" or "Always" (as opposed to Sometimes, Rarely, or Never) |
| | How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | "Most of the time" or "Always" |
| | How often do you give immediate feedback if poor effort is suspected? | "Most of the time" or "Always" |
| | How often do you discontinue the evaluation if poor effort is suspected? | "Most of the time" or "Always" |
| Report the results of symptom validity testing. | When test results are indicative of conscious exaggeration or malingering, how often do you say the following in a professional communication? "Test results are invalid." | "Most of the time" or "Always" |
| | When test results are indicative of (non-conscious) suboptimal effort, how often do you say the following in a professional communication? "Test results are invalid." | "Most of the time" or "Always" |
| Adjust validity testing to the clinical situation. | Do you add additional effort measures for some examinees? | Yes (as opposed to No) |

*Differences in validity testing practices in the U.S. versus other countries.* The authors sought a global sample; however, most respondents reported practicing in the U.S. (83.9%), and no other countries were sufficiently represented for comparisons by country. Therefore, comparisons of U.S. versus international neuropsychologists tested for group differences in validity testing practices. Relative to neuropsychologists practicing in other countries, U.S. neuropsychologists were more likely to report that they received validity testing training, $X^2(1, N = 648) = 11.19$, $p = .001$, yet less likely to report completing a neuropsychology "track" in graduate school, $X^2(1, N = 648) = 6.12$, $p = .014$. There were slight differences in primary practice setting, with more U.S. clinicians working in private practice (41.2% U.S. vs. 36.9% other) and, of course, in VA hospitals, whereas practitioners in other countries were more likely to report working in rehabilitation facilities (12.6% other vs. 6.2% U.S.) and psychiatric hospitals (7.8% other vs. 3.0% U.S.), $X^2(14, N = 637) = 34.51$, $p = .002$. U.S. clinicians were significantly more likely to be board certified in neuropsychology (22.7%) than those in other countries (8.6%).

Table 4 presents group differences between U.S. and non-U.S. clinicians in adherence to the NAN and AACN recommendations. There were no differences in the proportion of respondents who believe every battery should include an validity measure (70.7% U.S. vs. 71.1% other), and no significant differences in the number of validity measures given in a typical battery (both groups reported giving about six embedded and stand-alone validity measures). U.S. respondents were more likely than those in other countries to report spacing validity measures throughout the battery (82.4% U.S. vs. 67.4% other). There were no group differences in encouraging examinees to give their best effort, giving immediate feedback about poor effort, or discontinuing testing in response to poor effort. U.S. participants were more likely to report that they add validity measures for some examinees (88.0% U.S. vs. 78.1% other), and were less likely to warn examinees that some tests are given to measure effort. U.S. practitioners were more likely to report in professional communications that test results are invalid when they are indicative of conscious exaggeration; however, there were no group differences in reporting that test results are invalid when they are indicative of non-conscious suboptimal effort. Further, there were no group differences in the proportion of individuals who report that they interpret cognitive test results even if poor effort is suspected.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*                                                            **7**

**Table 4.** Effort testing practices by country of practice (U.S. vs. other)

| Item | Practice country | | $X^2$ | $p$ |
|---|---|---|---|---|
| | U.S. (%) $n = 546$ | Other (%) $n = 105$ | | |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | |
| Yes | 70.7 | 71.1 | 0.008 | .517 |
| No | 29.3 | 28.9 | | |
| Are you board certified in neuropsychology? | | | | |
| Yes | 22.7 | 8.6 | 10.83 | **.001** |
| No | 77.3 | 91.4 | | |
| Where in the battery do you insert effort tests? | | | | |
| At the very beginning | 13.0 | 12.6 | 29.36 | **.000** |
| Towards the middle | 3.7 | 17.9 | | |
| At the end | 0.9 | 2.1 | | |
| Spaced throughout | 82.4 | 67.4 | | |
| How often do you explicitly tell examinees to give their best effort before beginning the assessment? | | | | |
| Never | 1.2 | 0.0 | 4.31 | .366 |
| Rarely | 2.0 | 3.1 | | |
| Sometimes | 5.3 | 8.3 | | |
| Most of the time | 21.5 | 26.0 | | |
| Always | 70.0 | 62.5 | | |
| How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | | | | |
| Never | 36.0 | 21.9 | 16.05 | **.003** |
| Rarely | 23.1 | 15.6 | | |
| Sometimes | 18.2 | 30.2 | | |
| Most of the time | 10.1 | 12.5 | | |
| Always | 12.6 | 19.8 | | |
| How often do you give immediate feedback if poor effort is suspected? | | | | |
| Never | 23.9 | 22.9 | 6.05 | .195 |
| Rarely | 23.5 | 16.7 | | |
| Sometimes | 25.9 | 29.2 | | |
| Most of the time | 21.0 | 19.8 | | |
| Always | 5.7 | 11.5 | | |
| How often do you discontinue the evaluation if poor effort is suspected? | | | | |
| Never | 15.5 | 11.6 | 8.55 | .073 |
| Rarely | 36.7 | 34.7 | | |
| Sometimes | 36.0 | 34.7 | | |
| Most of the time | 10.6 | 13.7 | | |
| Always | 1.2 | 5.3 | | |
| When test results are indicative of conscious exaggeration or malingering, how often do you say test results are invalid in professional communications? | | | | |
| Never | 4.1 | 15.1 | 19.10 | **.001** |
| Rarely | 11.8 | 9.7 | | |
| Sometimes | 27.1 | 21.5 | | |
| Most of the time | 27.9 | 20.4 | | |
| Always | 29.1 | 33.3 | | |
| When test results are indicative of (non-conscious) suboptimal effort, how often do you say test results are invalid in professional communications? | | | | |
| Never | 5.8 | 11.7 | 6.85 | .144 |
| Rarely | 19.1 | 17.0 | | |
| Sometimes | 34.9 | 26.6 | | |
| Most of the time | 22.7 | 22.3 | | |
| Always | 17.5 | 22.3 | | |
| In your report, how often do you interpret the cognitive test results if poor effort is suspected? | | | | |
| Never | 6.5 | 5.4 | 0.68 | .954 |
| Rarely | 25.5 | 26.9 | | |
| Sometimes | 36.5 | 34.4 | | |
| Most of the time | 17.9 | 17.2 | | |
| Always | 13.6 | 16.1 | | |
| Do you add additional effort measures for some examinees? | | | | |
| Yes | 88.0 | 78.1 | 6.67 | **.010** |
| No | 12.0 | 21.9 | | |

*Note*: *p*-values <.05 are in boldface.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*Differences in validity testing practices by primary population worked with.* Table 5 presents differences in recommendation adherence based upon the primary age group seen by respondents. Participants who primarily work with adults (vs. pediatric or geriatric populations) were more likely to believe every neuropsychological battery should include an validity measure, and administered more validity tests on average ($M = 7.93$ tests, vs. 6.07 in those working with geriatric patients and 3.66 in those working with pediatric patients). Those who primarily work with pediatric populations were less likely to add validity measures for some examinees, more likely to give immediate feedback if poor effort is suspected, and more likely to discontinue the evaluation if poor effort is suspected. Individuals who primarily work with pediatric populations were also less likely to report that they say test results are invalid in cases of suspected malingering and when results are indicative of non-conscious suboptimal effort.

*Differences in validity testing practices by setting.* Participants provided information about their current primary practice setting. The five most commonly reported settings were analyzed to determine differences in validity testing practices: private/group practice, medical hospital, VA hospital, rehabilitation facility, and psychiatric hospital. Respondents from psychiatric hospitals (91.7%) were most likely to believe that every battery should include an validity measure, followed by those from VA hospitals (82.0%), $X^2(4, N = 548) = 14.65$, $p = .005$. Similarly, those who work in psychiatric hospitals and VA hospitals reported using the greatest number of validity tests in a typical battery ($M = 8.17$ and 8.42, respectively), whereas those who work in medical hospitals reported the lowest ($M = 5.77$). Individuals who work primarily in medical, VA, or psychiatric hospitals were more likely to report that they received validity testing training, $X^2(4, N = 567) = 10.61$, $p = .031$, and more likely to add validity measures for some examinees, $X^2(4, N = 548) = 12.67$, $p = .013$. The reasons offered for adding further validity measures included: risk of malingering (65.6%), failing other given validity measures (50.6%), inattention (32.4%), inconsistencies (2.9%), validity testing required by the referral question/source (e.g., forensic; 2.1%), suspicion of poor effort (1.8%), research purposes (1.8%), comprehensiveness (1.7%), clinical judgment (1.2%), behavioral observations (1.1%), risk of secondary gain (0.6%), population-specific reasons (e.g., dementia; 0.6%), and other reasons (1.1%). Those who primarily work in psychiatric hospitals were also most likely to report that they explicitly tell examinees to give their best effort prior to beginning testing, $X^2(16, N = 529) = 31.69$, $p = .011$. VA hospital practitioners were least likely to report that they give immediate feedback if poor effort is suspected, $X^2(16, N = 526) = 27.91$, $p = .032$. Participants who primarily work in private practice or rehabilitation facilities were most likely to report that they interpret cognitive test results in reports in the context of suspect effort, whereas those who work in VA hospitals were least likely to do so, $X^2(16, N = 524) = 37.89$, $p = .002$. There were no differences amongst practice settings in rates of board certification or stating that test results are invalid in reports.

Table 6 presents data for the three settings in which validity testing is especially relevant. Respondents with experience in a forensic, VA, and/or disability claims setting reported that they typically do not give immediate feedback when poor effort is suspected. Those with experience in disability claims were more likely to report that they add validity measures for some examinees, and more likely to tell examinees that some tests are given to be sure they are giving their best effort. Participants with experience working in a forensic setting were less likely to report that they discontinue evaluations if poor effort is suspected, but more likely to report that they interpret cognitive test results if poor effort is suspected. Forensic, VA, or disability claims experience was not related to rates of stating test results are invalid in professional communications when results are indicative of conscious exaggeration or non-conscious suboptimal effort.

*Differences in validity testing practices by experience.* To examine group differences between those who are newer in the field and those with greater experience, Table 7 compares participants with more (>15) years of experience to those with fewer (≤15). There was no group difference in the number of validity tests administered in a typical battery. More experienced respondents were more likely to report that they explicitly tell examinees that some tests are given to be sure they are giving their best effort, and less likely to report adding validity measures for some examinees. They were more likely to report that they state test results are invalid when results are indicative of non-conscious suboptimal effort, but not when results are indicative of conscious exaggeration (though this difference was marginally significant). However, experienced respondents were far more likely to indicate that they interpret cognitive test results in reports, even when poor effort is suspected. Interestingly, more experienced respondents were less likely to agree that every neuropsychological assessment should include a validity measure. This may be due to less experienced individuals being more likely to have obtained specific training in validity testing (given the relatively recent development of this aspect of the field), $X^2(1, N = 651) = 14.27$, $p = .000$, as those who received validity testing training were more likely to report that they believe every battery should include a measure of validity, $X^2(1, N = 612) = 3.84$, $p = .050$ and that they add validity measures for some examinees, $X^2(1, N = 611) = 5.15$, $p = .023$.

*Differences in validity testing practices by board certification status.* Participants who are board certified in neuropsychology were compared to those who are not, in terms of adherence to validity testing recommendations (see Table 8). Board certified individuals reported using more validity measures in their typical battery ($M = 8.47$ vs. 6.50 in individuals who are not board

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*    **9**

**Table 5.** Effort testing practices by primary age group worked with (adult vs. pediatric vs. geriatric)

| Item | Primary age group | | | $X^2$ | $p$ |
|---|---|---|---|---|---|
| | Adult (%)<br>Age 18–65<br>$n = 437$ | Pediatric (%)<br>Age <18<br>$n = 126$ | Geriatric (%)<br>Age >65<br>$n = 79$ | | |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | | |
| Yes | 76.4 | 59.1 | 60.0 | 18.22 | **.000** |
| No | 23.6 | 40.9 | 40.0 | | |
| Where in the battery do you insert effort tests? | | | | | |
| At the very beginning | 13.3 | 12.5 | 12.9 | 12.42 | .053 |
| Towards the middle | 4.3 | 10.4 | 10.0 | | |
| At the end | 0.5 | 3.1 | 1.4 | | |
| Spaced throughout | 81.8 | 74.0 | 75.7 | | |
| How often do you explicitly tell examinees to give their best effort before beginning the assessment? | | | | | |
| Never | 1.2 | 0.9 | 0.0 | 6.76 | .562 |
| Rarely | 2.2 | 2.8 | 1.4 | | |
| Sometimes | 4.9 | 5.7 | 11.1 | | |
| Most of the time | 23.1 | 23.6 | 16.7 | | |
| Always | 68.7 | 67.0 | 70.8 | | |
| How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | | | | | |
| Never | 31.6 | 37.4 | 37.5 | 5.22 | .734 |
| Rarely | 20.9 | 24.3 | 23.6 | | |
| Sometimes | 21.8 | 15.9 | 18.1 | | |
| Most of the time | 11.2 | 8.4 | 11.1 | | |
| Always | 14.6 | 14.0 | 9.7 | | |
| How often do you give immediate feedback if poor effort is suspected? | | | | | |
| Never | 27.5 | 11.2 | 20.8 | 32.06 | **.000** |
| Rarely | 22.1 | 16.8 | 33.3 | | |
| Sometimes | 27.0 | 26.2 | 20.8 | | |
| Most of the time | 17.9 | 33.6 | 20.8 | | |
| Always | 5.6 | 12.1 | 4.2 | | |
| How often do you discontinue the evaluation if poor effort is suspected? | | | | | |
| Never | 17.1 | 6.6 | 13.9 | 21.13 | **.007** |
| Rarely | 37.9 | 32.1 | 34.7 | | |
| Sometimes | 33.5 | 44.3 | 37.5 | | |
| Most of the time | 10.3 | 11.3 | 13.9 | | |
| Always | 1.2 | 5.7 | 0.0 | | |
| When test results are indicative of conscious exaggeration or malingering, how often do you say test results are invalid in professional communications? | | | | | |
| Never | 4.2 | 11.9 | 7.0 | 24.19 | **.002** |
| Rarely | 9.9 | 17.8 | 12.7 | | |
| Sometimes | 24.1 | 32.7 | 28.2 | | |
| Most of the time | 29.1 | 16.8 | 26.8 | | |
| Always | 32.8 | 20.8 | 25.4 | | |
| When test results are indicative of (non-conscious) suboptimal effort, how often do you say test results are invalid in professional communications? | | | | | |
| Never | 5.0 | 14.9 | 7.0 | 27.47 | **.001** |
| Rarely | 16.3 | 21.8 | 29.6 | | |
| Sometimes | 32.9 | 34.7 | 33.8 | | |
| Most of the time | 24.3 | 18.8 | 18.3 | | |
| Always | 21.5 | 9.9 | 11.3 | | |
| In your report, how often do you interpret the cognitive test results is poor effort is suspected? | | | | | |
| Never | 6.9 | 5.7 | 4.2 | 5.80 | .670 |
| Rarely | 26.7 | 24.5 | 22.5 | | |
| Sometimes | 34.3 | 39.6 | 42.3 | | |
| Most of the time | 16.7 | 20.8 | 18.3 | | |
| Always | 15.4 | 9.4 | 12.7 | | |
| Do you add additional effort measures for some examinees? | | | | | |
| Yes | 90.8 | 69.8 | 89.2 | 34.84 | **.000** |
| No | 9.2 | 30.2 | 10.8 | | |

*Note*: *p*-values <.05 are in boldface.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

**Table 6.** Effort testing practices by setting (forensic vs. VA vs. disability claims)

| Item | Forensic experience? | | | | VA experience? | | | | Disability claims? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes (%) $n = 312$ | No (%) $n = 342$ | $X^2$ | $p$ | Yes (%) $n = 260$ | No (%) $n = 394$ | $X^2$ | $p$ | Yes (%) $n = 320$ | No (%) $n = 334$ | $X^2$ | $p$ |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | | | | | | | | | |
| Yes | 68.2 | 73.4 | 1.94 | .163 | 74.9 | 68.1 | 3.30 | .069 | 70.2 | 71.6 | 0.16 | .692 |
| Where in the battery do you insert effort tests? | | | | | | | | | | | | |
| At the very beginning | 11.5 | 14.5 | 1.81 | .613 | 11.3 | 14.3 | 3.03 | .386 | 13.7 | 12.4 | 1.59 | .662 |
| Towards the middle | 7.0 | 5.2 | | | 5.6 | 6.4 | | | 5.3 | 6.9 | | |
| At the end | 1.1 | 1.0 | | | 0.4 | 1.5 | | | 0.7 | 1.5 | | |
| Spaced throughout | 80.4 | 79.2 | | | 82.7 | 77.7 | | | 80.4 | 79.2 | | |
| How often do you explicitly tell examinees to give their best effort before beginning the assessment? | | | | | | | | | | | | |
| Never | 0.3 | 1.7 | 6.92 | .140 | 1.6 | 0.6 | 4.11 | .392 | 0.3 | 1.7 | 4.54 | .338 |
| Rarely | 2.7 | 1.7 | | | 2.0 | 2.3 | | | 2.4 | 2.0 | | |
| Sometimes | 7.6 | 4.0 | | | 6.9 | 4.9 | | | 5.7 | 5.8 | | |
| Most of the time | 21.3 | 23.3 | | | 19.6 | 24.2 | | | 20.2 | 24.4 | | |
| Always | 68.0 | 69.4 | | | 69.8 | 68.0 | | | 71.4 | 66.1 | | |
| How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | | | | | | | | | | | | |
| Never | 28.6 | 38.3 | 8.10 | .088 | 31.4 | 35.1 | 1.76 | .779 | 29.0 | 38.2 | 12.81 | **.012** |
| Rarely | 21.7 | 21.8 | | | 23.3 | 20.7 | | | 21.2 | 22.3 | | |
| Sometimes | 21.4 | 19.1 | | | 20.4 | 20.1 | | | 19.5 | 20.9 | | |
| Most of the time | 12.8 | 8.6 | | | 11.8 | 9.8 | | | 12.5 | 8.8 | | |
| Always | 15.5 | 12.2 | | | 13.1 | 14.4 | | | 17.8 | 9.8 | | |
| How often do you give immediate feedback if poor effort is suspected? | | | | | | | | | | | | |
| Never | 30.3 | 17.2 | 15.79 | .003 | 28.4 | 20.2 | 11.18 | .025 | 29.5 | 17.7 | 11.93 | **.018** |
| Rarely | 22.0 | 22.8 | | | 22.6 | 22.3 | | | 21.4 | 23.5 | | |
| Sometimes | 24.7 | 27.8 | | | 27.2 | 25.7 | | | 24.4 | 28.2 | | |
| Most of the time | 17.8 | 24.2 | | | 18.1 | 23.1 | | | 19.3 | 22.8 | | |
| Always | 5.2 | 7.9 | | | 3.7 | 8.7 | | | 5.4 | 7.8 | | |
| How often do you discontinue the evaluation if poor effort is suspected? | | | | | | | | | | | | |
| Never | 19.1 | 10.6 | 10.11 | .039 | 16.3 | 13.7 | 8.79 | .067 | 17.8 | 11.6 | 5.98 | .201 |
| Rarely | 36.8 | 35.9 | | | 37.6 | 35.5 | | | 33.7 | 39.0 | | |
| Sometimes | 32.6 | 39.2 | | | 35.5 | 36.3 | | | 35.7 | 36.3 | | |
| Most of the time | 10.1 | 12.0 | | | 10.6 | 11.3 | | | 11.4 | 10.6 | | |
| Always | 1.4 | 2.3 | | | 0.0 | 3.2 | | | 1.3 | 2.4 | | |
| In your report, how often do you interpret the cognitive test results is poor effort is suspected? | | | | | | | | | | | | |
| Never | 5.9 | 6.6 | 11.82 | .019 | 5.7 | 6.7 | 1.90 | .754 | 6.1 | 6.5 | 9.09 | .059 |
| Rarely | 23.1 | 28.6 | | | 26.6 | 25.4 | | | 25.8 | 26.0 | | |
| Sometimes | 34.6 | 37.5 | | | 38.5 | 34.4 | | | 34.9 | 37.3 | | |
| Most of the time | 17.5 | 17.9 | | | 16.0 | 19.0 | | | 15.3 | 20.2 | | |
| Always | 18.9 | 9.3 | | | 13.1 | 14.6 | | | 18.0 | 9.9 | | |
| When test results are indicative of conscious exaggeration or malingering, how often do you say test results are invalid in professional communications? | | | | | | | | | | | | |
| Never | 4.3 | 7.4 | 8.09 | .088 | 5.3 | 6.2 | 7.32 | .120 | 4.9 | 6.8 | 7.89 | .096 |
| Rarely | 10.6 | 12.4 | | | 10.3 | 12.5 | | | 10.4 | 12.7 | | |
| Sometimes | 23.0 | 29.2 | | | 22.6 | 28.8 | | | 22.6 | 29.8 | | |
| Most of the time | 29.8 | 23.8 | | | 32.1 | 22.8 | | | 29.5 | 24.0 | | |
| Always | 32.3 | 27.2 | | | 29.6 | 29.7 | | | 32.6 | 26.7 | | |
| When test results are indicative of (non-conscious) suboptimal effort, how often do you say test results are invalid in professional communications? | | | | | | | | | | | | |
| Never | 5.7 | 8.1 | 2.49 | .646 | 7.0 | 6.8 | 1.84 | .766 | 4.8 | 9.0 | 8.52 | .074 |
| Rarely | 18.5 | 19.2 | | | 19.0 | 18.8 | | | 18.3 | 19.4 | | |
| Sometimes | 32.4 | 34.7 | | | 31.0 | 35.4 | | | 31.8 | 35.3 | | |
| Most of the time | 23.8 | 21.2 | | | 22.7 | 22.3 | | | 23.2 | 21.8 | | |
| Always | 19.6 | 16.8 | | | 20.2 | 16.7 | | | 21.8 | 14.5 | | |
| Do you add additional effort measures for some examinees? | | | | | | | | | | | | |
| Yes | 87.5 | 85.5 | 0.55 | .457 | 89.7 | 84.3 | 3.75 | .053 | 89.4 | 83.6 | 4.47 | **.034** |

*Note*: *p*-values <.05 are in boldface.

certified). They were less likely to report that they give immediate feedback if poor effort is suspected and more likely to report that they state test results are invalid in professional communications when test results are indicative of conscious exaggeration or non-conscious suboptimal effort. Board certification status was not associated with responses related to the remainder of the validity testing recommendations.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16* 11

**Table 7.** Effort testing practices by experience level (≤15 years vs. >15 years)

| Item | Years of experience | | $X^2$ | $p$ |
|---|---|---|---|---|
| | ≤15 years (%) $n = 347$ | >15 years (%) $n = 307$ | | |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | |
| Yes | 78.6 | 62.2 | 20.06 | **.000** |
| No | 21.4 | 37.8 | | |
| Are you board certified in neuropsychology? | | | | |
| Yes | 11.5 | 30.3 | 35.41 | **.000** |
| No | 88.5 | 69.7 | | |
| Where in the battery do you insert effort tests? | | | | |
| At the very beginning | 14.1 | 11.9 | 2.90 | .407 |
| Towards the middle | 6.0 | 6.1 | | |
| At the end | 1.7 | 0.4 | | |
| Spaced throughout | 78.2 | 81.6 | | |
| How often do you explicitly tell examinees to give their best effort before beginning the assessment? | | | | |
| Never | 1.0 | 1.1 | 5.36 | .252 |
| Rarely | 1.6 | 2.8 | | |
| Sometimes | 5.1 | 6.4 | | |
| Most of the time | 25.7 | 18.5 | | |
| Always | 66.6 | 71.2 | | |
| How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | | | | |
| Never | 34.3 | 32.7 | 15.47 | **.004** |
| Rarely | 25.3 | 17.8 | | |
| Sometimes | 22.1 | 18.1 | | |
| Most of the time | 7.7 | 13.9 | | |
| Always | 10.6 | 17.4 | | |
| How often do you give immediate feedback if poor effort is suspected? | | | | |
| Never | 21.2 | 26.3 | 4.57 | .335 |
| Rarely | 22.8 | 21.9 | | |
| Sometimes | 25.1 | 27.7 | | |
| Most of the time | 23.8 | 18.0 | | |
| Always | 7.1 | 6.1 | | |
| How often do you discontinue the evaluation if poor effort is suspected? | | | | |
| Never | 12.6 | 17.2 | 3.19 | .526 |
| Rarely | 36.1 | 36.6 | | |
| Sometimes | 38.4 | 33.3 | | |
| Most of the time | 11.0 | 11.1 | | |
| Always | 1.9 | 1.8 | | |
| When test results are indicative of conscious exaggeration or malingering, how often do you say test results are invalid in professional communications? | | | | |
| Never | 4.9 | 7.0 | 9.34 | .053 |
| Rarely | 14.0 | 8.8 | | |
| Sometimes | 29.0 | 23.1 | | |
| Most of the time | 26.1 | 27.5 | | |
| Always | 26.1 | 33.7 | | |
| When test results are indicative of (non-conscious) suboptimal effort, how often do you say test results are invalid in professional communications? | | | | |
| Never | 5.2 | 8.9 | 14.89 | **.005** |
| Rarely | 23.8 | 13.3 | | |
| Sometimes | 34.9 | 32.1 | | |
| Most of the time | 19.5 | 25.8 | | |
| Always | 16.6 | 19.9 | | |
| In your report, how often do you interpret the cognitive test results is poor effort is suspected? | | | | |
| Never | 7.1 | 5.4 | 20.97 | **.000** |
| Rarely | 26.8 | 24.9 | | |
| Sometimes | 41.3 | 30.3 | | |
| Most of the time | 16.5 | 19.1 | | |
| Always | 8.4 | 20.2 | | |
| Do you add additional effort measures for some examinees? | | | | |
| Yes | 89.6 | 83.0 | 5.67 | **.017** |
| No | 10.4 | 17 | | |

*Note*: *p*-values <.05 are in boldface.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*

**Table 8.** Effort testing practices by board certification status

| Item | Board certified? | | $X^2$ | $p$ |
|---|---|---|---|---|
| | Yes (%)<br>$n = 133$ | No (%)<br>$n = 521$ | | |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | |
| Yes | 66.9 | 71.9 | 1.22 | .269 |
| Where in the battery do you insert effort tests? | | | | |
| At the very beginning | 8.3 | 14.4 | 7.55 | .056 |
| Towards the middle | 3.3 | 6.8 | | |
| At the end | 0.0 | 1.4 | | |
| Spaced throughout | 88.3 | 77.4 | | |
| How often do you explicitly tell examinees to give their best effort before beginning the assessment? | | | | |
| Never | 1.6 | 0.9 | 1.57 | .815 |
| Rarely | 3.2 | 1.9 | | |
| Sometimes | 4.8 | 6.0 | | |
| Most of the time | 22.6 | 22.2 | | |
| Always | 67.7 | 69.0 | | |
| How often do you explicitly tell examinees that some tests are given to be sure they are giving their best effort? | | | | |
| Never | 29.0 | 34.8 | 4.93 | .295 |
| Rarely | 19.4 | 22.4 | | |
| Sometimes | 21.0 | 20.0 | | |
| Most of the time | 15.3 | 9.4 | | |
| Always | 15.3 | 13.4 | | |
| How often do you give immediate feedback if poor effort is suspected? | | | | |
| Never | 32.8 | 21.2 | 9.95 | **.041** |
| Rarely | 23.0 | 22.3 | | |
| Sometimes | 25.4 | 26.6 | | |
| Most of the time | 13.9 | 22.9 | | |
| Always | 4.9 | 7.1 | | |
| How often do you discontinue the evaluation if poor effort is suspected? | | | | |
| Never | 15.3 | 14.6 | 2.33 | .676 |
| Rarely | 38.7 | 35.7 | | |
| Sometimes | 32.3 | 37.0 | | |
| Most of the time | 12.9 | 10.5 | | |
| Always | 0.8 | 2.2 | | |
| When test results are indicative of conscious exaggeration or malingering, how often do you say test results are invalid in professional communications? | | | | |
| Never | 5.7 | 5.9 | 11.35 | **.023** |
| Rarely | 7.4 | 12.7 | | |
| Sometimes | 18.9 | 28.2 | | |
| Most of the time | 27.9 | 26.4 | | |
| Always | 40.2 | 26.9 | | |
| When test results are indicative of (non-conscious) suboptimal effort, how often do you say test results are invalid in professional communications? | | | | |
| Never | 6.6 | 7.0 | 14.12 | **.007** |
| Rarely | 8.3 | 21.7 | | |
| Sometimes | 33.1 | 33.7 | | |
| Most of the time | 28.1 | 21.0 | | |
| Always | 24.0 | 16.6 | | |
| In your report, how often do you interpret the cognitive test results is poor effort is suspected? | | | | |
| Never | 8.1 | 5.8 | 1.29 | .863 |
| Rarely | 26.0 | 25.9 | | |
| Sometimes | 36.6 | 36.0 | | |
| Most of the time | 15.4 | 18.3 | | |
| Always | 13.8 | 14.0 | | |
| Do you add additional effort measures for some examinees? | | | | |
| Yes | 88.7 | 85.9 | 0.66 | .417 |

*Note*: *p*-values <.05 are in boldface.

*Differences in validity testing practices by NAN and AACN recommendation adherence.* To examine adherence to validity testing recommendations, the authors first compared validity testing practices of those who believe every battery should measure validity, as recommendations suggest, to those who do not. Respondents who believe that every battery should include a measure of validity reported spending more of their clinical work time on forensic evaluations relative to those who do not

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*    **13**

believe every battery should include a measure of validity, $t(341) = 2.53$, $p = .012$. They also reported including more measures of validity in their typical battery, $t(314) = 6.31$, $p = .000$, spacing the validity tests throughout the battery, $X^2(3, N = 555) = 10.49$, $p = .015$, and that they always tell examinees to give their best effort before beginning testing, $X^2(4, N = 589) = 9.77$, $p = .044$. Additionally, they reported seeing higher percentages of examinees in the past year who probably, $t(542) = 4.95$, $p = .000$, or definitely, $t(376) = 5.13$, $p = .000$, gave poor effort, and they reported seeing a higher percentage of examinees who probably, $t(395) = 5.07$, $p = .000$, or definitely, $t(423) = 2.79$, $p = .006$, malingered.

Respondents were separated into two groups based upon responses to the recommendation-related items: those whose responses indicate that they met all five recommendations ($n = 126$, 19.3% of the total sample) and those whose responses indicate that they did not ($n = 396$, 60.6% of the total sample). Characteristics of these two groups are presented in Table 9; participants

**Table 9.** Characteristics of neuropsychologists who follow all NAN and AACN recommendations

| Item | Follows all recommendations? | | $X^2$ | $p$ |
|---|---|---|---|---|
| | Yes (%) $n = 126$ | No (%) $n = 396$ | | |
| Were you enrolled in a neuropsychology emphasis in graduate school? | | | | |
| Yes | 68.8 | 64.7 | 0.701 | .403 |
| No | 31.2 | 35.3 | | |
| Did you receive training specific to effort testing? | | | | |
| Yes | 84.0 | 82.5 | 0.153 | .696 |
| No | 16.0 | 17.5 | | |
| Which age group do you primarily work with? | | | | |
| Adults | 89.7 | 64.8 | 29.61 | **.000** |
| Pediatric | 4.0 | 21.3 | | |
| Geriatric | 6.3 | 13.9 | | |
| Do you believe every neuropsychological battery should include a measure of effort? | | | | |
| Yes | 80.2 | 68.6 | 6.24 | **.012** |
| No | 19.8 | 31.4 | | |
| Are you board certified in neuropsychology? | | | | |
| Yes | 34.1 | 17.4 | 15.82 | **.000** |
| No | 65.9 | 82.6 | | |
| In what setting do you primarily practice? | | | | |
| Private or group practice | 45.6 | 40.8 | 1.33 | .856 |
| Medical hospital | 29.8 | 34.8 | | |
| VA hospital | 13.2 | 11.9 | | |
| Rehabilitation facility | 7.0 | 7.9 | | |
| Psychiatric hospital | 4.4 | 4.5 | | |
| In what country do you primarily practice? | | | | |
| U.S. | 85.7 | 83.0 | 0.532 | .466 |
| Other | 14.3 | 17.0 | | |
| | Yes | No | $t$ | $p$ |
| How many years of experience have you had administering neuropsychological tests? | 17.7 | 15.8 | −1.75 | .081 |
| Approximately what percentage of your neuropsychological assessments include a measure to examine effort? | 84.2% | 66.5% | −6.03 | **.000** |
| How many measures of effort are included in your typical battery? | 10.0 | 5.8 | −8.56 | **.000** |
| Approximately what percentage of your clinical work is spent conducting and interpreting forensic evaluations? | 19.5% | 16.1% | −1.39 | .166 |
| Approximately what percentage of your clinical work is spent conducting and interpreting neuropsychological evaluations? | 73.9% | 69.3% | −1.70 | .089 |
| In the past year, what percentage of examinees have you seen who probably gave poor effort? | 22.0% | 18.4% | 2.68 | **.008** |
| In the past year, what percentage of examinees have you seen who definitely gave poor effort? | 15.0% | 10.8% | −3.95 | **.000** |
| In the past year, what percentage of examinees have you seen who probably were malingering? | 10.9% | 7.7% | −3.09 | **.002** |
| In the past year, what percentage of examinees have you seen who definitely were malingering? | 7.3% | 5.2% | −2.22 | **.028** |

*Note*: p-values <.05 are in boldface.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

14                              *R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*

who did not respond to one or more of the recommendation-related items were excluded from these analyses ($n = 132$, 20.2%). Completing a neuropsychology emphasis in graduate school was not related to recommendation adherence; surprisingly, training in validity testing was also unrelated. Those who met all recommendations did not report significantly more years of experience than those not meeting all recommendations. However, respondents who primarily work with adults, as opposed to pediatric or geriatric patients, were more likely to follow all recommendations. Interestingly, only 5.6% of respondents who work primarily with pediatric populations met all recommendations. Respondents working in other countries were just as likely to follow recommendations as U.S. respondents, suggesting appropriate global dissemination of NAN and AACN recommendations. Those who met all recommendations tended to believe that every neuropsychological battery should include at least one validity measure, estimated that a greater proportion of their neuropsychological assessments included an validity measure, and reported including nearly twice as many (embedded and stand-alone) validity measures in their typical battery. It is encouraging that board certified respondents were twice as likely to follow all recommendations. Interestingly, there were no group differences in practice setting or in the percentage of clinical time spent on forensic evaluations, suggesting that neuropsychologists who met all recommendations did not do so merely because they see more forensic patients (i.e., patients at greater risk for invalid performances). Those who met all recommendations believed they had encountered more patients who "probably" gave poor effort and who "definitely" gave poor effort. They also believed they had encountered more patients who "probably" or "definitely" malingered.

## Discussion

Considerable variability exists in the everyday implementation of validity testing in neuropsychological assessment, despite evidence that validity testing is necessary to ensure the validity of neuropsychological assessment, as well as the recommendations put forth by two large neuropsychological organizations, NAN and AACN. The present study sought to provide greater insight into validity testing practices among clinicians as they compare to the recommendations set forth by these organizations. The aim was to better understand how dissemination of these recommendations through training in validity testing practices has been successful and to identify areas for improvement.

Despite being significantly less likely to receive training on validity testing and to report being board certified in neuropsychology, neuropsychologists from other countries give the same number of validity measures as U.S. neuropsychologists and generally follow NAN and AACN recommendations as closely as U.S. neuropsychologists. These findings may suggest an improvement relative to past surveys, which found lower rates of validity test administration in British (McCarter et al., 2009) and European (Dandachi-FitzGerald et al., 2013) neuropsychologists relative to North America. This is encouraging and suggests improved global dissemination and consumption of these recommendations. However, the sample of non-U.S. neuropsychologists was limited in representation of respondents from other countries and included only English speakers, as the survey was not translated to other languages. Furthermore, it is possible that a self-selection bias occurred, in that neuropsychologists more interested in validity testing practices may have been more likely to respond to the recruitment email advertising a survey on this topic. Future studies should survey neuropsychologists from other countries and in multiple languages for a more thorough understanding of validity testing recommendation adherence by country or region.

Neuropsychologists who work primarily with adults adhered most closely to NAN and AACN recommendations and were more likely to report practices that follow all recommendations. This is consistent with findings of a recent survey revealing that clinicians reported using fewer validity measures with children and adolescents than adults (Brooks, Ploetz, & Kirkwood, 2015). These results suggest that neuropsychologists who work primarily with pediatric or geriatric populations may benefit from greater education and awareness about validity testing standards. Research estimates base rates of validity test failure up to 20% across pediatric mild traumatic brain injury samples (e.g., Araujo et al., 2014; Gidley Larson et al., 2015; Kirkwood & Kirk, 2010), indicating the necessity of validity testing in pediatric evaluations. For those who work with elderly patients, although traditional forced-choice performance validity measures may not be appropriate with some geriatric populations (Dean, Victor, Boone, Philpott, & Hess, 2007), there are alternate cutoff scores for validity tests and alternative symptom validity measures available. Nevertheless, different standards of practice may be more appropriate for working with these specialty populations. Further exploration of these issues may yield information about the extent to which lesser recommendation adherence in pediatric and geriatric populations affects critical factors in neuropsychological assessment, such as the norms developed for these populations and the conceptualizations of their cognitive capabilities. The results of the present survey suggest that a discussion of these standards is warranted, and consensus statements specifically describing recommendations for the appropriate use of validity measures with these populations may be beneficial.

It is not surprising that validity testing recommendation adherence was greater in respondents working in VA, disability, and forensic settings, as patients in these settings are more likely to have the opportunity for compensation and therefore have more incentive to perform poorly on testing. Further, though it may seem counterintuitive that more experienced

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

*R.B. Hirst et al. / Archives of Clinical Neuropsychology (2017); 1–16*                                                                    15

neuropsychologists report poorer adherence to validity testing recommendations, it is likely that this is due to the fact that research on the necessity of validity testing is a relatively recent development in the field. Therefore, respondents with more experience may be more likely to utilize the suggested procedures in place when they were initially trained, such as clinical judgment. Further research is needed to explore this possibility, and if it is supported, professional organizations may wish to offer training seminars targeted at more experienced neuropsychologists to increase awareness of advances in research supporting the necessity of validity testing. Although most of the present respondents had obtained training in validity testing practices, the length of time since that training or the extent of that training is unknown. Therefore, encouraging participation in updated training may be beneficial in enhancing recommendation adherence.

This study has identified some key differences in validity testing recommendation adherence among clinicians; however, it is not without limitations. Most importantly, as described previously, the survey was not translated to other languages, so only English-speaking neuropsychologists could participate. Translation into other languages, as well as recruiting from each country's national psychology or neuropsychology organizations, would allow for samples that are more representative of countries other than the U.S., providing greater insight into the variability of validity testing recommendation adherence across countries. In addition, as mentioned previously, a self-selection bias may have resulted in over-sampling neuropsychologists who are more knowledgeable about validity testing practices, or those who are greater proponents of the use of validity measures. It is possible that neuropsychologists who chose not to participate are less informed about validity testing practices or use validity tests less frequently. Finally, while every attempt was made to present the definition of all validity testing terms, such as "suboptimal effort," interpretations may vary according to practitioner. Indeed, there is even disagreement within the field about the most appropriate term to use to describe validity performance (Bigler, 2012). Future studies may wish to include questions that assess each respondent's interpretation of these terms, given the disagreement within the profession.

The current study offers insight into the current validity testing practices of clinical neuropsychologists by examining survey responses related to recommendations put forth by professional neuropsychological organizations. Overall, these findings suggest variability in neuropsychologists' adherence to these recommendations based upon experience, setting, and population, and highlight the benefit of dissemination of professional recommendations through continued training on the importance of validity testing practices across all settings.

## Conflict of Interest

The authors have no disclosures or conflicts of interest to report.

## References

An, K. Y., Zakzanis, K. K., & Joordens, S. (2012). Conducting research with non-clinical healthy undergraduates: Does effort play a role in neuropsychological test performance? *Archives of Clinical Neuropsychology, 27*, 849–857. http://doi.org/10.1093/arclin/acs085.

Araujo, G. C., Antonini, T. N., Monahan, K., Gelfius, C., Klamar, K., Potts, M., et al. (2014). The relationship between suboptimal effort and post-concussion symptoms in children and adolescents with mild traumatic brain injury. *The Clinical Neuropsychologist, 28*, 786–801. http://doi.org/10.1080/13854046.2014.896415.

Bigler, E. D. (2012). Symptom validity testing, effort, and neuropsychological assessment. *Journal of the International Neuropsychological Society, 18*, 632–642. http://doi.org/10.1017/S1355617712000252.

Brooks, B. L., Ploetz, D. M., & Kirkwood, M. W. (2015). A survey of neuropsychologists' use of validity tests with children and adolscents. *Child Neuropsychology, 22*, 1001–1020. http://doi.org/10.1080/09297049.2015.1075491.

Bush, S. S., Ruff, R. M., Tröster, A. I., Barth, J. T., Koffler, S. P., Pliskin, N. H., et al. (2005). Symptom validity assessment: Practice issues and medical necessity. *Archives of Clinical Neuropsychology, 20*, 419–426. http://doi.org/10.1016/j.acn.2005.02.002.

Carone, D. A. (2013). Young child with severe brain volume loss easily passes the Word Memory Test and Medical Symptom Validity Test: Implications for mild TBI. *The Clinical Neuropsychologist*, 1–17. http://doi.org/10.1080/13854046.2013.861019.

Carone, D. A., Green, P., & Drane, D. L. (2013). Word Memory Test profiles in two cases with surgical removal of the left anterior hippocampus and para-hippocampal gyrus. *Applied Neuropsychology: Adult, 21*, 155–160. http://doi.org/10.1080/09084282.2012.755533.

Chafetz, M. D., Prentkowski, E., & Rao, A. (2011). To work or not to work: Motivation (not low IQ) determines symptom validity test findings. *Archives of Clinical Neuropsychology, 26*, 306–313. doi:10.1093/arclin/acr030.

Chafetz, M., & Underhill, J. (2013). Estimated costs of malingered disability. *Archives of Clinical Neuropsychology, 28*, 633–639. http://doi.org/10.1093/arclin/act038.

Dandachi-FitzGerald, B., Ponds, R. W. H. M., & Merten, T. (2013). Symptom validity and neuropsychological assessment: A survey of practices and beliefs of neuropsychologists in six European countries. *Archives of Clinical Neuropsychology, 28*, 771–783. http://doi.org/10.1093/arclin/act073.

Dean, A. C., Victor, T. L., Boone, K. B., Philpott, L. M., & Hess, R. A. (2007). Dementia and effort test performance. *The Clinical Neuropsychologist, 23*, 133–152. http://doi.org/10.1080/13854040701819050.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023

DeRight, J., & Jorgensen, R. S. (2015). I just want my research credit: Frequency of suboptimal effort in a non-clinical healthy undergraduate sample. *The Clinical Neuropsychologist*, 29, 101–117. http://doi.org/10.1080/13854046.2014.989267.

Flaro, L., Green, P., & Robertson, E. (2007). Word Memory Test failure 23 times higher in mild brain injury than in parents seeking custody: The power of external incentives. *Brain Injury*, 21, 373–383. doi:10.1080/02699050701311133.

Gidley Larson, J. C., Flaro, L., Peterson, R. L., Connery, A. K., Baker, D. A., & Kirkwood, M. W. (2015). The Medical Symptom Validity Test measures effort not ability in children: A comparison between mild TBI and fetal alcohol spectrum disorder samples. *Archives of Clinical Neuropsychology*, 30, 192–199. http://doi.org/10.1093/arclin/acv012.

Gorissen, M., Sanz, J. C., & Schmand, B. (2005). Effort and cognition in schizophrenia patients. *Schizophrenia Research*, 78, 199–208. doi:10.1016/j.schres.2005.02.016.

Guilmette, T. J. (2012). The role of clinical judgment in symptom validity assessment. In Bush S., & Carone D. A. (Eds.) *Mild traumatic brain injury: Symptom validity assessment and malingering*. New York: Springer Publishing Company.

Heilbronner, R., Sweet, J., Morgan, J., Larrabee, G., & Millis, S., Conference Participants. (2009). American Academy of Clinical Neuropsychology consensus conference statement on the neuropsychological assessment of effort, response bias, and malingering. *The Clinical Neuropsychologist*, 23, 1093–1129. http://doi.org/10.1080/13854040903155063.

Kemp, S., Coughlan, A. K., Rowbottom, C., Wilkinson, K., Teggart, V., & Baker, G. (2008). The base rate of effort test failure in patients with medically unexplained symptoms. *Journal of Psychosomatic Research*, 65, 319–325. http://doi.org/10.1016/j.jpsychores.2008.02.010.

Kirkwood, M. W., & Kirk, J. W. (2010). The base rate of suboptimal effort in a pediatric mild TBI sample: Performance on the Medical Symptom Validity Test. *The Clinical Neuropsychologist*, 24, 860–872. http://doi.org/10.1080/13854040903527287.

Larrabee, G. J. (2012). Performance validity and symptom validity in neuropsychological assessment. *Journal of the International Neuropsychological Society*, 18, 625–630.

Larrabee, G. J., Millis, S. R., & Meyers, J. E. (2009). 40 plus or minus 10, a new magical number: Reply to Russell. *The Clinical Neuropsychologist*, 23, 841–849. http://doi.org/10.1080/13854040902796735.

Little, R. J. A. (1988). A test of missing completely at random for multivariate data with missing values. *Journal of the American Statistical Association*, 83, 1198–1202. http://doi.org/ 10.1080/01621459.1988.10478722.

Macher, R. B., & Earleywine, M. (2012). Enhancing neuropsychological performance in chronic cannabis users: The role of motivation. *Journal of Clinical and Experimental Neuropsychology*, 34, 405–415. doi:10.1080/13803395.2011.646957.

Martin, P. K., Schroeder, R. W., & Odland, A. P. (2015). Neuropsychologists' validity testing beliefs and practices: A survey of North American professionals. *The Clinical Neuropsychologist*, 29, 741–776. http://doi.org/10.1080/13854046.2015.1087597.

McCarter, R. J., Walton, N. H., Brooks, D. N., & Powell, G. E. (2009). Effort testing in contemporary UK neuropsychological practice. *The Clinical Neuropsychologist*, 23, 1050–1066. http://doi.org/10.1080/13854040802665790.

Merten, T., Krahi, G., Krahl, C., & Freytag, H. W. (2010). Base-rate estimates for negative response bias in a works' compensation claim sample. *Versicherungsmedizin*, 62, 126–131.

Ploetz, D. M., Mazur-Mosiewicz, A., Kirkwood, M. W., Sherman, E. M. S., & Brooks, B. L. (2014). Performance on the Test of Memory Malingering in children with neurological conditions. *Child Neuropsychology*, 22, 133–142. http://doi.org/10.1080/09297049.2014.986446.

Santos, O. A., Kazakov, D., Reamer, M. K., Park, S. E., & Osmon, D. C. (2014). Effort in college undergraduates is sufficient on the Word Memory Test. *Archives of Clinical Neuropsychology*, 29, 609–613. http://doi.org/10.1093/arclin/acu039.

Sauermann, H., & Roach, M. (2013). Increasing web survey response rates in innovation research: An experimental study of static and dynamic contact design features. *Research Policy*, 42, 273–286. doi:10.2139/ssrn.1618295.

Sharland, M. J., & Gfeller, J. D. (2007). A survey of neuropsychologists' beliefs and practices with respect to the assessment of effort. *Archives of Clinical Neuropsychology*, 22, 213–223. http://doi.org/10.1016/j.acn.2006.12.004.

Sherman, E. M. S. (2015). Terminology and diagnostic concepts. In Kirkwood M. W. (Ed.) *Validity testing in child and adolescent assessment* (pp. 22–42). New York: Guilford.

Slick, D. J., Sherman, E. M., & Iverson, G. L. (1999). Diagnostic criteria for malingered neurocognitive dysfunction: Proposed standards for clinical practice and research. *The Clinical Neuropsychologist*, 13, 545–561. http://doi.org/10.1076/1385-4046(199911)13:04;1-y;ft545.

Sollman, M. J., & Berry, D. T. R. (2011). Detection of inadequate effort on neuropsychological testing: A meta-analytic update and extension. *Archives of Clinical Neuropsychology*, 26, 774–789. http://doi.org/10.1093/arclin/acr066.

Stulemeijer, M., Andriessen, T., Brauer, J., Vos, P., & Van Der Werf, S. (2007). Cognitive performance after mild traumatic brain injury: The impact of poor effort on test results and its relation to distress, personality and litigation. *Brain Injury*, 21, 309–318. doi:10.1080/02699050701209980.

Sweet, J. J., Benson, L. M., Nelson, N. W., & Moberg, P. J. (2015). The American Academy of Clinical Neuropsychology, National Academy of Neuropsychology, and Society for Clinical Neuropsychology (APA Division 40) 2015 TCN professional practice and 'salary survey': Professional practices, beliefs, and incomes of U.S. neuropsychologists. *The Clinical Neuropsychologist*, 29, 1069–1162. doi:10.1080/13854046.2016.1140228.

The British Psychological Society. (2009). *Assessment of effort in clinical testing of cognitive functioning for adults*. Leicester, UK: The British Psychological Society.

Vickery, C. D., Berry, D. T. R., Inman, T. H., Harris, M. J., & Orey, S. A. (2001). Detection of inadequate effort on neuropsychological testing: A meta-analytic review of selected procedures. *Archives of Clinical Neuropsychology*, 16, 45–73. http://doi.org/10.1016/S0997-6177(99)00058-X.

Downloaded from https://academic.oup.com/acn/article/32/4/456/2982019 by guest on 04 July 2023