Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
Email:  ssell@tcnf.legal

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

|  |  |
|---|---|
| TRACY K. TURKOLY, | Case No. 3:21-cv-01019-SI |
| Plaintiff, | |
| v. | **POST ARGUMENT** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | **MEMORANDUM** |
| Defendant. | |

At oral arguments on June 29, 2023, the court asked Plaintiff for citations to the record in which Plaintiff complained of anxiety before February 6, 2019, the date on which she discussed the reorganization of her job and anxiety with Dr. Parsons. Ar. 395.

POST ARGUMENT MEMORANDUM - 1
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

The administrative record shows that Lincoln did not request medical records for any dates before January 1, 2019. Ar. 1760 (containing a form requesting all doctors' notes from January 1, 2019, onward); Ar. 682 (containing a list of all medical records received and reviewed).

Under ERISA, when issuing a claim denial, an insurer must inform the insured of the information needed to perfect her claim in a manner reasonably calculated to be understood by the claimant. *Mason v. Fed. Express Corp.*, 165 F. Supp. 3d 832, 853 (D. Alaska 2016) (*citing* 29 C.F.R. § 2560.503-1(g)(1)).  The need to inform arises, *inter alia*, when the insurer relies on "missing" evidence to deny the claim. *Montour v. Hartford Life & Accident Ins. Co.*, 582 F.3d 933 (9th Cir. 2009); *see also, Williams-Sullivan v. Prudential Ins. Co. of Am.*, No. CV-20-00315-PHX-SMB, 2020 U.S. Dist. LEXIS 217661, at *8 (D. Ariz. Nov. 20, 2020)

When Lincoln denied Ms. Turkloy's claim, Lincoln stated:

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

[…]

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation: Office treatment notes, diagnostic tests results, lab results, hospital records and pharmacy records, **dated February 2019 to the present.**

POST ARGUMENT MEMORANDUM - 2
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222

Ar. 687 (emphasis added).

Lincoln now argues that there is no evidence that Ms. Turkoly experienced stress or anxiety before February 6, 2019, and because of the absence of evidence, this court should draw the inference that her symptoms began in February 2019. However, such evidence is missing from the record because Lincoln neither requested it nor informed Ms. Turkoly that medical records that pre-dated her disability would be material to the analysis.  In fact, Lincoln specifically stated that only records from February 2019 onward would be relevant to the analysis.

On these facts – given the missing evidence on this point and reason why it is missing – this court should not draw the inference that Ms. Turkoly's symptoms of anxiety only began in February 2019.

DATED this 7th day of July 2023.

Respectfully Submitted,

**THOMAS, COON, NEWTON & FROST**

*/s/ Scott A. Sell*
Scott A. Sell, OSB #144297
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
Email:  ssell@tcnf.legal
*Attorney for Plaintiff Tracey K. Turkoly*

POST ARGUMENT MEMORANDUM - 3
Case No. 3:21-cv-01019-SI

## CERTIFICATE OF FILING

I certify that on July 07, 2023, I filed the original **POST ARGUMENT MEMORANDUM OF** with the Clerk of the Court at the following address:

Clerk of Court, Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR, 97204

by the following method of filing: eFile.

## CERTIFICATE OF SERVICE

I certify that on July 07, 2023 participants in this case who are registered eFilers will be served via the electronic mail function of the eFiling system as follows:

Russell S. Buhite, OSB #142529
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Avenue, Suite 5150
Seattle, WA 98101
206-693-7052; 206-693-7058 (fax)
russell.buhite@ogletree.com

Scott Pomeroy, admitted pro hac vice
Ogletree Deakins
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961; 207-387-2986 (fax)
scott.pomeroy@ogletree.com

Byrne J. Decker
Ogletree Deakins
2 Monument Square, Ste. 7th Floor
Portland, ME 04101
207-387-2963; Fax: 207-387-2986
Email: byrne.decker@ogletree.com

*Attorneys for Defendant*
*The Lincoln National Life Insurance Company*

Dated this 7th day of July, 2023.

**THOMAS, COON, NEWTON & FROST**

*/s/ Scott A. Sell*
Scott A. Sell, OSB#: 144297
820 SW 2nd Avenue, Suite 200
Portland, OR  97204
Telephone: (503) 228-5222
Email:  ssell@tcnf.legal

POST ARGUMENT MEMORANDUM - 4
Case No. 3:21-cv-01019-SI

THOMAS, COON, NEWTON & FROST
820 SW SECOND AVE., SUITE 200
PORTLAND, OR 97204
503-228-5222