Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:   (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:   (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:21-cv-01019-SI<br><br>**JOINT MOTION FOR<br>ENLARGEMENT OF TIME**<br><br>Note for Hearing:  October 17, 2023<br>Without Oral Argument |

Plaintiff Tracey Turkoly and Defendant The Lincoln National Life Insurance Company

(collectively, the "Parties") hereby jointly move for the Court to grant a thirty (30) day enlargement

of time of the deadline set in this Court's September 20, 2023 Findings of Fact and Conclusions

of Law [Doc. 48], to confer and provide the Court with either a stipulated proposed judgment or joint statement of unresolved issues and proposed briefing schedule. In support of this Motion, the Parties state there is good cause to allow such an enlargement of time:

1.      Under the Court's order, the deadline for the parties to either submit a stipulated proposed judgment or joint statement of unresolved issues and proposed briefing schedule is currently Wednesday, October 18, 2023.

2.      Pursuant to the order, the Parties have conferred in good faith to address the amount of back benefits owed, reasonable attorneys' fees, costs, and pre-judgment interest. While the Parties have reached an agreement regarding the amount of back benefits, the Parties require additional time to conclude their discussions, and attempt to reach an agreement, with respect to remaining issues surrounding reasonable attorneys' fees, costs, and prejudgment interest.

3.      At this time, the Parties believe that the likelihood for resolution of these remaining issues will be enhanced if they are allowed additional time to focus their efforts and resources on such discussions. If the Parties are able to reach an agreement with respect to some or all such issues, it will limit the need for them to submit additional briefing in the case as well as limit the need for the Court to take further action with respect to such issues.

4.      The Parties' desire to continue their good faith discussions, and thereby potentially avoid the unnecessary expense of additional adversarial Court filings, is particularly important in light of the efficiency considerations that underlie ERISA. *See*, *e.g.*, *Conkright v. Frommert*, 559 U.S. 506, 517 (2010) (citing *Varity Corp. v. Howe*, 516 U.S. 489, 497 (1996)).

5.      This is the Parties' first request for an enlargement of time with respect to the deadline set in this Court's Findings of Fact and Conclusions of Law. Neither Party will be prejudiced by the short enlargement of time requested by this Motion.

JOINT MOTION FOR ENLARGEMENT                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
OF TIME - 2                                                                1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Case No. 3:21-cv-01019-SI                                          Phone: (206) 693-7052 | Fax: (206) 693-7058

WHEREFORE, the Parties jointly request that the Court grant a thirty (30) day enlargement of the current October 18, 2023 deadline, and reset the deadline for November 17, 2023.

Respectfully submitted this 17th day of October, 2023.

THOMAS, COON, NEWTON & FROST

By: */s/ Scott A. Sell*
  Scott A. Sell, OSB #144297
  The Thomas Mann Building
  820 SW 2nd Avenue, Suite 200
  Portland, OR  97204
  Telephone:  (503) 228-5222
  Facsimile:  (503) 273-9175
  Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
  Russell S. Buhite, OSB #142529
  1201 Third Avenue, Suite 5150
  Seattle, WA  98101
  Telephone:  (206) 693-7052
  Facsimile:  (206) 693-7058
  Email:  russell.buhite@ogletree.com

By: */s/ Byrne J. Decker*
  Byrne J. Decker, ME Bar #008312
  (admitted *pro hac vice*)
  Two Monument Square, Suite 703
  Portland, ME  04101
  Telephone:  (207) 387-2963
  Facsimile:  (207) 387-2986
  Email:  byrne.decker@ogletree.com

By: */s/ Scott K. Pomeroy*
  Scott K. Pomeroy, MA Bar #665110
  (admitted *pro hac vice*)
  One Boston Place, Suite 3500
  Boston, MA  02108
  Telephone:  (207) 387-2961
  Facsimile:  (207) 387-2986
  Email:  scott.pomeroy@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

JOINT MOTION FOR ENLARGEMENT
OF TIME - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2023, I filed the foregoing JOINT

MOTION FOR ENLARGEMENT OF TIME with the Clerk of the Court via CM/ECF, who sent

notification to the following:

> Scott A. Sell, OSB #144297
> THOMAS, COON, NEWTON & FROST
> The Thomas Mann Building
> 820 SW 2nd Avenue, Suite 200
> Portland, OR  97204
> Telephone:  (503) 228-5222
> Facsimile:  (503) 273-9175
> Email:  ssell@tcnf.legal

> *Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 17th day of October, 2023 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
>
> By: */s/ Cheryl L. Kelley*
>   Cheryl L. Kelley, Practice Assistant
>   cheryl.kelley@ogletree.com