Russell S. Buhite, OSB #142529
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:   (206) 693-7052
Facsimile:    (206) 693-7058
Email:  russell.buhite@ogletree.com

Scott K. Pomeroy, MA Bar #665110
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART. P.C.
One Boston Place, Suite 3500
Boston, MA  02108
Telephone:   (207) 387-2961
Facsimile:    (207) 387-2986
Email:  scott.pomeroy@ogletree.com

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:21-cv-01019-SI<br><br>**JOINT MOTION FOR<br>ENLARGEMENT OF TIME** |

The Parties—Plaintiff Tracey Turkoly and Defendant The Lincoln National Life Insurance

Company—hereby jointly move for the Court to grant a fourteen (14) day enlargement of time of

the deadline for the Parties to confer and provide either a stipulated proposed judgment or joint

JOINT MOTION FOR ENLARGEMENT
OF TIME - 1
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

statement of unresolved issues and proposed briefing schedule. In support of this Motion, the Parties state there is good cause to allow such an enlargement of time:

Under the Court's September 20, 2023 Findings of Fact and Conclusions of Law, ECF Doc. #48, the deadline for the parties was Wednesday, October 18, 2023. On the Parties' prior joint motion, the Court extended that deadline to Friday, November 17, 2023. *See* ECF Doc. #52.

Pursuant to the Court's order, the Parties' are continuing to confer with respect to a proposed form of judgment and the amounts of back benefits owed, reasonable attorney's fees, costs, and pre-judgment interest. Following the Court's grant of the Parties' prior request for an extension, Plaintiff raised an additional issue concerning the history of Lincoln's past payments to Plaintiff, and the Parties require additional time to investigate that matter, conclude their discussions, and attempt to reach an agreement with respect to the new issues raised by Plaintiff.

At this time, the Parties believe that the likelihood for resolution of the remaining issues will be enhanced if they are allowed additional time to focus their efforts and resources on such discussions. If the Parties are able to reach an agreement, it will limit the need for them to submit additional briefing in the case as well as limit the need for the Court to take further action with respect to such issues.

The Parties' desire to continue their good faith discussions, and thereby potentially avoid the unnecessary expense of additional adversarial Court filings, is particularly important in light of the efficiency considerations that underlie ERISA. *See*, *e.g.*, Conkright v. Frommert, 559 U.S. 506, 517 (2010) (citing Varity Corp. v. Howe, 516 U.S. 489, 497 (1996)).

This is the Parties' second request for an enlargement of time with respect to the deadline set in this Court's Findings of Fact and Conclusions of Law. Neither Party will be prejudiced by the short enlargement of time requested by this Motion.

JOINT MOTION FOR ENLARGEMENT
OF TIME - 2
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

Wherefore, the Parties jointly request that the Court grant a fourteen (14) day enlargement of the current November 17, 2023 deadline, and that the Court reset the deadline for December 1, 2023.

Respectfully submitted, this 17th day of November, 2023.

| THOMAS, COON, NEWTON & FROST | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: */s/ Scott A. Sell* | |
| Scott A. Sell, OSB #144297 | By: */s/ Russell S. Buhite* |
| The Thomas Mann Building | Russell S. Buhite, OSB #142529 |
| 820 SW 2nd Avenue, Suite 200 | 1201 Third Avenue, Suite 5150 |
| Portland, OR 97204 | Seattle, WA 98101 |
| Telephone: (503) 228-5222 | Telephone: (206) 693-7052 |
| Facsimile: (503) 273-9175 | Facsimile: (206) 693-7058 |
| Email: ssell@tcnf.legal | Email: russell.buhite@ogletree.com |
| | |
| *Attorneys for Plaintiff Tracey K. Turkoly* | By: */s/ Scott K. Pomeroy* |
| | Scott K. Pomeroy, MA Bar #665110 |
| | (admitted *pro hac vice*) |
| | One Boston Place, Suite 3500 |
| | Boston, MA 02108 |
| | Telephone: (207) 387-2961 |
| | Facsimile: (207) 387-2986 |
| | Email: scott.pomeroy@ogletree.com |
| | |
| | *Attorneys for Defendant The Lincoln National Life Insurance Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2023, I filed the foregoing JOINT MOTION FOR ENLARGEMENT OF TIME with the Clerk of the Court via CM/ECF, who sent notification to the following:

> Scott A. Sell, OSB #144297
> THOMAS, COON, NEWTON & FROST
> The Thomas Mann Building
> 820 SW 2nd Avenue, Suite 200
> Portland, OR 97204

JOINT MOTION FOR ENLARGEMENT
OF TIME - 3
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058

Telephone:  (503) 228-5222
Facsimile:  (503) 273-9175
Email:  ssell@tcnf.legal

*Attorneys for Plaintiff Tracey K. Turkoly*

SIGNED THIS 17 day of November, 2023 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

JOINT MOTION FOR ENLARGEMENT
OF TIME - 4
Case No. 3:21-cv-01019-SI

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: (206) 693-7052 | Fax: (206) 693-7058