# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| TRACEY K. TURKOLY,<br><br>       Plaintiff,<br><br>  v.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:21-cv-01019-SI<br><br>**]PROPOSED] STIPULATED<br>JUDGMENT** |

In accordance with this Court's Findings of Fact and Conclusions of Law dated September 20, 2023, and the Parties' stipulation as to the back benefits, reasonable attorneys' fees, prejudgment interest, and costs to be awarded thereunder, Judgment in this matter is hereby entered as follows:

1.    Defendant The Lincoln National Life Insurance Company shall pay to Plaintiff Tracey K. Turkoly the following sums:

- $133,738.80 for back long-term disability benefits through the close of the Group Policy's "own occupation" period (this sum to be paid without prejudice to Defendant Lincoln's right to recover any overpayment that might result from any income or benefits Plaintiff Turkoly received during the "own occupation" period but failed to disclose to Defendant Lincoln);

1

- $102,424.55 for reasonable attorneys' fees incurred by Plaintiff Turkoly through the date of this Judgment;

- $24,479.42 for pre-judgment interest accrued through the date of this Judgment; and

- $400.00 for taxable costs in this matter.

2.      Plaintiff Tracey K. Turkoly's claim with respect to long-term disability benefits allegedly due for the Group Policy's "any occupation" period is hereby remanded to Defendant The Lincoln National Life Insurance Company for further proceedings.  On remand, Defendant Lincoln will grant Plaintiff Turkoly the opportunity to present additional medical records, medical test results, and opinion statements from her medical providers, in compliance with applicable Department of Labor regulations.

SO ENTERED as a Judgment of this Court this _____ day of _____, 2023.


_____
Honorable Michael H. Simon
United States District Judge